IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URBAN AFFAIRS COALITION<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KAREN NICHOLSON<br><br>　　　　　　Defendant. | Civil Action No. 25-cv-02261 |

**CORPORATE DISCLOSURE STATEMENT**

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Urban Affairs Coalition states it has no parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

Dated: May 5, 2025

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Malcolm J. Ingram*
　　　　　　　　　　　　　　　　　　　　　　　　Malcolm J. Ingram, Bar No. 323201
　　　　　　　　　　　　　　　　　　　　　　　　mjingram@littler.com
　　　　　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　Three Parkway, 1601 Cherry Street
　　　　　　　　　　　　　　　　　　　　　　　　Suite 1400
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19102.1321
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　　267.402.3000
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　　267.402.3131

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　Urban Affairs Coalition

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of May 2025, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system through which this document is available for viewing and downloading, and that I sent a copy of this document by email and Federal Express to Defendant Karen Nicholson.

                    */s/ Malcolm J. Ingram*
                    Malcolm J. Ingram