IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URBAN AFFAIRS COALITION<br><br>        Plaintiff,<br><br>    v.<br><br>KAREN NICHOLSON<br><br>        Defendant. | Civil Action No. 2:25-cv-02261 |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Plaintiff Urban Affairs Coalition in the above-captioned matter.

Respectfully submitted,

Dated: June 2, 2025

*s/ Tanner McCarron*
Tanner McCarron, Bar No. 327855
tmccarron@littler.com

LITTLER MENDELSON P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Telephone:   267.402.3021
Facsimile:   267.402.3131

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of June 2025, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*s/ Tanner McCarron*
Tanner McCarron