# EXHIBIT A



# Washington County Court of Common Pleas
## Court Summary

**Reynolds, Karen Sue**  
McMurray, PA  15317  
Aliases:  
Karen Reynolds  
Karen S. Long  
Karen S. Reynolds  
Karen Sue Reynolds  

DOB: 07/07/1959  
Sex: Female  
Eyes: Blue  
Hair: Brown  
Race: White  

### Active

**Washington**

**CP-63-MD-0001017-2019**     Proc Status: Bench Warrant Cancelled - Acti     DC No:     OTN:U 744042-5

| Arrest Dt: | Trial Dt: | Legacy No: | |
|---|---|---|---|
| Last Action: | Last Action Date: | Last Action Room: | |
| Next Action: | Next Action Date: | Next Action Room: | |

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 2709.1 §§ A1 | M1 | Stalking - Repeatedly Commit Acts To Cause Fear | |
| 2 | 18 § 2709.1 §§ A2 | M1 | Stalking - Repeatedly Comm. To Cause Fear | |

### Closed

**Washington**

**CP-63-CR-0000741-2007**     Proc Status: Sentenced/Penalty Imposed     DC No:     OTN:K 424270-0

Arrest Dt: 03/29/2007     Disp Date: 06/12/2008     Disp Judge: Moschetta Bell, Janet  
Def Atty: Townsend, Steven Carl - (PR)

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 1 | 18 § 4906 §§ A | | M2 | False Report - Falsely Incriminate Another | | Guilty Plea |
| | 06/12/2008 | Probation | Other | | Min: 12 Month(s) Max: 12 Month(s) | |
| 2 | 18 § 4906 §§ A | | M2 | False Report - Falsely Incriminate Another | | Guilty Plea |
| | 06/12/2008 | Probation | Other | | Min: 12 Month(s) Max: 12 Month(s) | |
| 4 | 18 § 4953 §§ A | | M2 | Retaliation Against Witness Or Victim | | Guilty Plea |
| | 06/12/2008 | Probation | Other | | Min: 12 Month(s) Max: 12 Month(s) | |
| 5 | 18 § 4703 | | M2 | Retaliation For Past Official Action | | Guilty Plea |
| | 06/12/2008 | Probation | Other | | Min: 12 Month(s) Max: 12 Month(s) | |
| 6 | 18 § 2709 §§ A3 | | S | Harassment - Course of Conduct W/No Legitimate Purpose | | Guilty Plea |
| | 06/12/2008 | Probation | Other | | Min: 3 Month(s) Max: 3 Month(s) | |
| 7 | 18 § 2709 §§ A4 | | M3 | Harassment - Comm. Lewd, Threatening, Etc. Language | | Guilty Plea |
| | 06/12/2008 | Probation | Other | | Min: 6 Month(s) Max: 6 Month(s) | |
| 11 | 18 § 5741 §§ A1 | | M3 | Unlawfully Access Stored Communications | | Guilty Plea |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense.  In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

Case 2:25-cv-02261-AB    Document 14-1    Filed 08/28/25    Page 3 of 3



# Washington County Court of Common Pleas
## Court Summary

**Reynolds, Karen Sue (Continued)**
  **Closed (Continued)**
    **Washington (Continued)**

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | **Sentence Dt.** | **Sentence Type** | **Program Period** | **Sentence Length** |
| | 06/12/2008 | Probation | Other | Min: 6 Month(s) Max: 6 Month(s) |

**CP-63-MD-0000258-2007**     Proc Status: Completed     DC No:     OTN:K 424270-0
Arrest Dt: 03/29/2007     Disp Date:     Disp Judge:

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 4906 §§ A | | False Report - Falsely Incriminate Another | |
| 2 | 18 § 4906 §§ A | | False Report - Falsely Incriminate Another | |
| 4 | 18 § 4953 §§ A | | Retaliation Against Witness Or Victim | |
| 5 | 18 § 4703 | M2 | Retaliation For Past Official Action | |
| 6 | 18 § 2709 §§ A3 | S | Harassment - Course of Conduct W/No Legitimate Purpose | |
| 7 | 18 § 2709 §§ A4 | M3 | Harassment - Comm. Lewd, Threatening, Etc. Language | |
| 11 | 18 § 5741 §§ A1 | | Unlawfully Access Stored Communications | |

**CP-63-SA-0000207-2019**     Proc Status: Sentenced/Penalty Imposed     DC No:     OTN:
Arrest Dt:     Disp Date: 08/21/2019     Disp Judge: Solomon, Gerald R.

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | **Sentence Dt.** | **Sentence Type** | **Program Period** | **Sentence Length** |
| 1 | 18 § 2709 §§ A3 | S | Harassment - Course of Conduct W/No Legitimate Purpose | Guilty |
| | 08/21/2019 | No Further Penalty | | |

**Inactive**
  **Washington**

**CP-63-CR-0002459-2019**     Proc Status: Active Bench Warrant     DC No:     OTN:U 744042-5
Arrest Dt:     Trial Dt:     Legacy No:
Def Atty: Yarussi, Adam - (PD)
Last Action: Administrative Trial List     Last Action Date: 12/06/2020     Last Action Room: Courtroom 3
Next Action:     Next Action Date:     Next Action Room:

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 2709.1 §§ A1 | M1 | Stalking - Repeatedly Commit Acts To Cause Fear | |
| 2 | 18 § 2709.1 §§ A2 | M1 | Stalking - Repeatedly Comm. To Cause Fear | |

CPCMS 3541     2     Printed: 8/20/2025 10:11 AM

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.