# EXHIBIT B

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000741-2007**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Karen S. Long

Page 1 of 8

## CASE INFORMATION

| | |
|---|---|
| Judge Assigned: Moschetta Bell, Janet | Date Filed: 04/13/2007     Initiation Date: 03/29/2007 |
| OTN: K 424270-0          LOTN: | Originating Docket No: MJ-27301-CR-0000081-2007 |
| Initial Issuing Authority: James C. Ellis | Final Issuing Authority: James C. Ellis |
| Arresting Agency: Peters Twp Police Dept | Arresting Officer: Barbour, Bryan A. |
| Complaint/Citation No.: | Incident Number: 200649655301 |
| County: Washington | Township: Peters Township |
| Case Local Number Type(s) | Case Local Number(s) |

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Related Misc. Bail Cases** | | | |
| CP-63-MD-0000258-2007 | In Re: Long, Karen S. | CP-27-63-Crim | Same MDJ Case |

## STATUS INFORMATION

| Case Status: | Closed | | | Arrest Date: | 03/29/2007 |
|---|---|---|---|---|---|
| | | Status Date | Processing Status | | |
| | | 06/12/2008 | Sentenced/Penalty Imposed | | |
| | | 06/12/2008 | Awaiting Sentencing | | |
| | | 06/19/2007 | Awaiting Trial | | |
| | | 06/08/2007 | Awaiting Formal Arraignment | | |
| | | 04/13/2007 | Awaiting Filing of Information | | |
| | | | | Complaint Date: | 03/28/2007 |

CPCMS 9082

Printed: 08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000741-2007**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Karen S. Long

Page 2 of 8

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 06/19/2007 | 1:00 pm | DA's Office | John C. Petitt | Scheduled |
| Administrative Trial List | 07/22/2007 | 8:30 am | Courtroom 6 | Judge Janet Moschetta Bell | Scheduled |
| Administrative Trial List | 09/09/2007 | 9:00 am | Courtroom 6 | Judge Janet Moschetta Bell | Scheduled |
| Administrative Trial List | 10/21/2007 | 8:30 am | Courtroom 6 | Judge Janet Moschetta Bell | Scheduled |
| Administrative Trial List | 11/25/2007 | 8:00 am | Courtroom 6 | Judge Janet Moschetta Bell | Scheduled |
| Administrative Trial List | 01/06/2008 | 8:00 am | Courtroom 6 | Judge Janet Moschetta Bell | Scheduled |
| Administrative Trial List | 02/03/2008 | 8:00 am | Courtroom 6 | Judge Janet Moschetta Bell | Scheduled |
| Administrative Trial List | 03/02/2008 | 8:30 am | Courtroom 6 | Judge Janet Moschetta Bell | Scheduled |
| Administrative Trial List | 04/06/2008 | 8:00 am | Courtroom 6 | Judge Janet Moschetta Bell | Scheduled |
| Administrative Trial List | 05/11/2008 | 8:00 am | Courtroom 6 | Judge Janet Moschetta Bell | Scheduled |
| Administrative Trial List | 06/15/2008 | 8:00 am | Courtroom 6 | Judge Janet Moschetta Bell | Scheduled |

### DEFENDANT INFORMATION

Date Of Birth:          07/07/1959          City/State/Zip: McMurray, PA  15317

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Long, Karen S. |

### BAIL INFORMATION

**Long, Karen S.**                                                                                    **Nebbia Status:  None**

| Bail Action | Date | Bail Type | Originating Court | Percentage | Amount |
|---|---|---|---|---|---|
| Set | 03/29/2007 | Monetary | Common Pleas | | $25,000.00 |

| Surety Type | Surety Name | Posting Status | Posting Date | Security Type | Security Amt |
|---|---|---|---|---|---|
| Professional Surety | Bondsman | Posted | 03/29/2007 | Surety Bonds | $25,000.00 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | M2 | **18 § 4906 §§ A** | False Report - Falsely Incriminate Another | 10/24/2006 | K 424270-0 |
| 2 | 2 | M2 | **18 § 4906 §§ A** | False Report - Falsely Incriminate Another | 11/13/2006 | K 424270-0 |

CPCMS 9082                                                                                    Printed:  08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000741-2007**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Karen S. Long

Page 3 of 8

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 4 | 4 | M2 | 18 § 4953 §§ A | Retaliation Against Witness Or Victim | 10/24/2006 | K 424270-0 |
| 5 | 5 | M2 | 18 § 4703 | Retaliation For Past Official Action | 10/24/2006 | K 424270-0 |
| 6 | 6 | S | 18 § 2709 §§ A3 | Harassment - Course of Conduct W/No Legitimate Purpose | 10/24/2006 | K 424270-0 |
| 7 | 7 | M3 | 18 § 2709 §§ A4 | Harassment - Comm. Lewd, Threatening, Etc. Language | 10/24/2006 | K 424270-0 |
| 11 | 11 | M3 | 18 § 5741 §§ A1 | Unlawfully Access Stored Communications | 10/24/2006 | K 424270-0 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|------------|------------------|-------------------|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

**Lower Court Proceeding (generic)**

| | | | |
|---|---|---|---|
| Lower Court Disposition | 04/11/2007 | Not Final | |
| 1 / False Report - Falsely Incriminate Another | Held for Court (Lower Court) | M2 | 18 § 4906 §§ A |
| 2 / False Report - Falsely Incriminate Another | Held for Court (Lower Court) | M2 | 18 § 4906 §§ A |
| 4 / Retaliation Against Witness Or Victim | Held for Court (Lower Court) | M2 | 18 § 4953 §§ A |
| 5 / Retaliation For Past Official Action | Held for Court (Lower Court) | M2 | 18 § 4703 |
| 6 / Harassment - Course of Conduct W/No Legitimate Purpose | Held for Court (Lower Court) | S | 18 § 2709 §§ A3 |
| 7 / Harassment - Comm. Lewd, Threatening, Etc. Language | Held for Court (Lower Court) | M3 | 18 § 2709 §§ A4 |
| 11 / Unlawfully Access Stored Communications | Held for Court (Lower Court) | M3 | 18 § 5741 §§ A1 |

**Guilty Plea**

| | | | |
|---|---|---|---|
| Hearing | 06/12/2008 | Final Disposition | |
| 1 / False Report - Falsely Incriminate Another | Guilty Plea | M2 | 18 § 4906 §§ A |
| Moschetta Bell, Janet | 06/12/2008 | | |
| Probation | Min of 12.00 Months | 06/12/2008 | |
| | Max of 12.00 Months | | |
| | Other | | |
| 2 / False Report - Falsely Incriminate Another | Guilty Plea | M2 | 18 § 4906 §§ A |
| Moschetta Bell, Janet | 06/12/2008 | | |
| Probation | Min of 12.00 Months | 06/12/2008 | |
| | Max of 12.00 Months | | |
| | Other | | |
| 4 / Retaliation Against Witness Or Victim | Guilty Plea | M2 | 18 § 4953 §§ A |

CPCMS 9082

Printed: 08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000741-2007**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Karen S. Long

Page 4 of 8

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |
| Moschetta Bell, Janet | 06/12/2008 | | |
| Probation | Min of 12.00 Months | | 06/12/2008 |
| | Max of 12.00 Months | | |
| | Other | | |
| 5 / Retaliation For Past Official Action | Guilty Plea | M2 | 18 § 4703 |
| Moschetta Bell, Janet | 06/12/2008 | | |
| Probation | Min of 12.00 Months | | 06/12/2008 |
| | Max of 12.00 Months | | |
| | Other | | |
| 6 / Harassment - Course of Conduct W/No Legitimate Purpose | Guilty Plea | S | 18 § 2709 §§ A3 |
| Moschetta Bell, Janet | 06/12/2008 | | |
| Probation | Min of 3.00 Months | | |
| | Max of 3.00 Months | | |
| | Other | | |
| 7 / Harassment - Comm. Lewd, Threatening, Etc. Language | Guilty Plea | M3 | 18 § 2709 §§ A4 |
| Moschetta Bell, Janet | 06/12/2008 | | |
| Probation | Min of 6.00 Months | | |
| | Max of 6.00 Months | | |
| | Other | | |
| 11 / Unlawfully Access Stored Communications | Guilty Plea | M3 | 18 § 5741 §§ A1 |
| Moschetta Bell, Janet | 06/12/2008 | | |
| Probation | Min of 6.00 Months | | |
| | Max of 6.00 Months | | |
| | Other | | |

CPCMS 9082

Printed: 08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000741-2007**
# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Karen S. Long

Page 5 of 8

**LINKED SENTENCES:**

**Link 1**
    CP-63-CR-0000741-2007 - Seq. No. 2 (18§ 4906 §§ A) - Probation is Consecutive to
    CP-63-CR-0000741-2007 - Seq. No. 1 (18§ 4906 §§ A) - Probation

**Link 2**
    CP-63-CR-0000741-2007 - Seq. No. 4 (18§ 4953 §§ A) - Probation is Consecutive to
    CP-63-CR-0000741-2007 - Seq. No. 1 (18§ 4906 §§ A) - Probation

**Link 3**
    CP-63-CR-0000741-2007 - Seq. No. 5 (18§ 4703 §§ ) - Probation is Consecutive to
    CP-63-CR-0000741-2007 - Seq. No. 1 (18§ 4906 §§ A) - Probation

**Link 4**
    CP-63-CR-0000741-2007 - Seq. No. 6 (18§ 2709 §§ A3) - Probation is Consecutive to
    CP-63-CR-0000741-2007 - Seq. No. 2 (18§ 4906 §§ A) - Probation

**Link 5**
    CP-63-CR-0000741-2007 - Seq. No. 7 (18§ 2709 §§ A4) - Probation is Consecutive to
    CP-63-CR-0000741-2007 - Seq. No. 1 (18§ 4906 §§ A) - Probation

**Link 6**
    CP-63-CR-0000741-2007 - Seq. No. 11 (18§ 5741 §§ A1) - Probation is Consecutive to
    CP-63-CR-0000741-2007 - Seq. No. 1 (18§ 4906 §§ A) - Probation

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| **Name:**    Eugene A. Vittone II | **Name:**    Steven Carl Townsend |
|    District Attorney |    Private |
| **Supreme Court No:**    080778 | **Supreme Court No:**    089263 |
| **Phone Number(s):** | **Rep. Status:**    Active |
|    724-228-6790    (Phone) | **Phone Number(s):** |
| **Address:** |    412-281-5336    (Phone) |
|    Washington County District Attorney's Office | **Address:** |
|    1 S Main Street |    564 Forbes Ave Penthouse |
|    Washington, PA 15301 |    Pittsburgh, PA 15219 |
| | Representing: Long, Karen S. |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 03/29/2007 | | Ellis, James C. |
| Bail Set - Long, Karen S. | | | |
| 2 | 03/29/2007 | | Bondsman |
| Bail Posted - Long, Karen S. | | | |

Printed: 08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000741-2007**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Karen S. Long

Page 6 of 8

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 04/13/2007 | | Court of Common Pleas - Washington County |
| Original Papers Received from Lower Court | | | |
| 1 | 04/25/2007 | | Court of Common Pleas - Washington County |
| Assigned to Judge: Moschetta Bell, Janet | | | |
| 1 | 06/19/2007 | | Clarke, Robert N. |
| Entry of Appearance | | | |
| 2 | 06/19/2007 | | Vittone, Eugene A. II |
| Information Filed | | | |
| 3 | 06/19/2007 | | Vittone, Eugene A. II |
| Arraigned | | | |
| 1 | 10/05/2007 | | Townsend, Steven Carl |
| Entry of Appearance | | | |
| 1 | 02/11/2008 | | Clarke, Robert N. |
| Motion for Continuance and Waiver of Pa.R. Crim.P. 600/1013 | | | |
| 2 | 02/19/2008 | | Townsend, Steven Carl |
| Motion to Continue Trial | | | |
| 1 | 03/03/2008 | 03/07/2007 | Townsend, Steven Carl |
| Motion for Continuance and Waiver of Pa.R. Crim.P. 600/1013 | | | |
| 1 | 04/03/2008 | 03/27/2008 | Long, Karen S. |
| Motion for Continuance and Waiver of Pa.R. Crim.P. 600/1013 | | | |
| 1 | 04/24/2008 | 04/23/2008 | Townsend, Steven Carl |
| Motion to Continue Trial | | | |
| 1 | 06/12/2008 | | Moschetta Bell, Janet |
| Guilty Plea | | | |
| 2 | 06/12/2008 | | Moschetta Bell, Janet |
| Disposition Filed | | | |

Printed: 08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000741-2007**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Karen S. Long

Page 7 of 8

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 06/12/2008 | | Moschetta Bell, Janet |
| Order - Sentence/Penalty Imposed | | | |
| 4 | 06/12/2008 | | Court of Common Pleas - Washington County |
| Penalty Assessed | | | |
| 1 | 06/16/2008 | | Court of Common Pleas - Washington County |
| Payment Plan Introduction Letter | | | |
| 1 | 06/20/2008 | | Moschetta Bell, Janet |
| Order of Sentence | | | |
| 1 | 07/23/2008 | 07/23/2008 | Gibbs, Barbara |
| Entry of Civil Judgment | | | |
| 1 | 07/20/2015 | | Court of Common Pleas - Washington County |
| Penalty Satisfied | | | |
| 1 | 08/13/2015 | | Gibbs, Barbara |
| Judgement Satisfied - Prothonotary | | | |
| 1 | 06/04/2018 | | Scandale, Frank |
| Certified mail receipt & Signature card return by the U.S.P.S. | | | |

Printed: 08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000741-2007**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Karen S. Long

Page 8 of 8

## CASE FINANCIAL INFORMATION

Last Payment Date:  07/20/2015                    Total of Last Payment:  -$11.25

**Long, Karen S.**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Misc. County Costs (Washington) | $14.80 | ($14.80) | $0.00 | $0.00 | $0.00 |
| OSP (Washington/State) (Act 35 of 1991) | $1,575.00 | ($1,575.00) | $0.00 | $0.00 | $0.00 |
| OSP (Washington/State) (Act 35 of 1991) | $1,575.00 | ($1,575.00) | $0.00 | $0.00 | $0.00 |
| State Court Costs (Act 204 of 1976) | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $8.60 | ($8.60) | $0.00 | $0.00 | $0.00 |
| County Court Cost (Act 204 of 1976) | $27.90 | ($27.90) | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | ($35.00) | $0.00 | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | ($25.00) | $0.00 | $0.00 | $0.00 |
| Firearm Education and Training Fund | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| ATJ | $2.00 | ($2.00) | $0.00 | $0.00 | $0.00 |
| Clerk of Courts (Washington) | $182.00 | ($182.00) | $0.00 | $0.00 | $0.00 |
| District Attorney (Washington) | $40.00 | ($40.00) | $0.00 | $0.00 | $0.00 |
| Sheriff (Washington) | $20.00 | ($20.00) | $0.00 | $0.00 | $0.00 |
| Clerk Automation Fee (Washington) | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| DA 911 Fee (Washington) | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| Clerk Act 84 (Washington) | $630.00 | ($630.00) | $0.00 | $0.00 | $0.00 |
| Prothonotary (Washington) | $26.95 | ($26.95) | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $4,210.25 | ($4,210.25) | $0.00 | $0.00 | $0.00 |
| **Restitution** | | | | | |
| Restitution | $1.00 | ($1.00) | $0.00 | $0.00 | $0.00 |
| Restitution Totals: | $1.00 | ($1.00) | $0.00 | $0.00 | $0.00 |
| Grand Totals: | $4,211.25 | ($4,211.25) | $0.00 | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Commonwealth of Pennsylvania
Court of Common Pleas
County of Washington
27th Judicial District



**PRAECIPE TO ENTER
JUDGMENT/ ENTRY OF
JUDGMENT**

Commonwealth
v
Karen S Long

Civil Docket No  *2008-6504*

## Praecipe to Enter Judgment

To the Prothonotary

    Enter Judgment in favor of Plaintiff,  Commonwealth,

against Defendant, Karen S  Long 103 Clearview Dr  Mcmurray, PA  15317, with respect to

Criminal Docket No  CP-63-CR-0000741-2007 in the amount of $4,161 25

July 23, 2008
_____
Date

_____
Clerk of Courts

Seal

## Entry of Judgment

    AND NOW, this _____day of _____,20_____   Judgment is

entered in favor of the Plaintiff and against the Defendant in the amount set forth above

_____
Prothonotary

2696382
FILED
08 JUL 30  AM 8: 51
PROTHONOTARY
WASHINGTON CO. PA

AOPC 2215 REV  07/23/2008

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY,

PENNSYLVANIA

CRIMINAL DIVISION

- - -

COMMONWEALTH OF PENNSYLVANIA )
                              )
            vs                ) No  CR-741-2007
                              )
KAREN LONG                    )

- - -

PLEA AND SENTENCING PROCEEDING
IN THE ABOVE-ENTITLED CAUSE
BEFORE THE HONORABLE JANET
MOSCHETTA BELL, JUDGE, HELD ON
JUNE 12, 2008 IN COURTROOM
NO  6

APPEARANCES

Deana Shirley, Esquire
Assistant District Attorney
Representing the Commonwealth

Steven C  Townsend, Esquire
Representing the Defendant

(Explanation of rights given to
Defendant, but not transcribed   The Defendant stood
before the Court for sentencing )

ORDER OF SENTENCE

        AND NOW, this 12th day of June, 2008, the
Court accepts the Defendant's plea of guilty to Count
(a), False Reports to Law Enforcement Authorities, one
count, with the victim being Jane Zupancic, a
Misdemeanor of the 2nd Degree, as intelligently, freely
and voluntarily entered and accepts the plea offer as

A True Copy from the Record
ATTEST. Barbara Gibbs
        Clerk of Courts
Barbara Gibbs, CLERK OF COURTS
My Term expires  1st Monday of
January, 2012
(seal)

it has been approved by the prosecuting officer, all victims with the exception of Michael Feller whose objections were noted on the record today, and is within the standard range of the Pennsylvania Sentencing Guidelines

The Court, therefore, sentences the Defendant to pay the costs of prosecution; to be placed on probation for a period of one (1) year under the supervision of the Washington County Adult Probation Office, to undergo a mental health evaluation and complete all treatment that is recommended; to have no contact whatsoever with Jane Zupancic, Michael Mattys, Marilyn Hines and Michael Feller

The Court accepts the Defendant's plea of guilty to Count (b), False Reports to Law Enforcement Authorities, one count, with the victim being Michael Mattys, a Misdemeanor of the 2nd Degree, as intelligently, freely and voluntarily and accepts the plea offer for the reasons set forth in Count (a)

The Court, therefore, sentences the Defendant to pay the costs of prosecution, to be placed on probation for a period of one (1) year consecutive with Count (a); to undergo a mental health evaluation and complete all treatment that is recommended, to have no contact whatsoever with Jane Zupancic, Michael Mattys, Marilyn Hines and Michael Feller.

The Court accepts the Defendant's plea of

guilty to Count (c), Retaliation Against a Witness, Victim or Party, a Misdemeanor of the 2nd Degree, with the victims being Jane Zupancic and Marilyn Hines, as intelligently, freely and voluntarily entered and accepts the plea offer for the reasons set forth in Count (a)

The Court, therefore, sentences the Defendant to pay the costs of prosecution; to be placed on probation for a period of one (1) year under the supervision of the Washington County Adult Probation Office consecutive with Counts (a) and (b), to undergo a mental health evaluation and complete all treatment that is recommended; to have no contact whatsoever with Jane Zupancic, Michael Mattys, Marilyn Hines and Michael Feller

The Court accepts the Defendant's plea of guilty to Count (d), Retaliation for Past Official Action, one count, a Misdemeanor of the 2nd Degree, with the victim being Jane Zupancic in her capacity at Washington County Children and Youth Services, as intelligently, freely and voluntarily entered and accepts the plea offer for the reasons set forth in Count (a)

The Court, therefore, sentences the Defendant to pay the costs of prosecution; to be placed on probation for a period of one (1) year consecutive with Counts (a), (b) and (c); to undergo a mental

health evaluation and complete all treatment that is recommended, to have no contact whatsoever with Jane Zupancic, Michael Mattys, Marilyn Hines and Michael Feller

The Court accepts the Defendant's plea of guilty to Count (e), Harassment, a Misdemeanor of the 3rd Degree, one count, with the victim being Marilyn Hines, as intelligently, freely and voluntarily entered and accepts the plea offer for the reasons set forth in Count (a)

The Court, therefore, sentences the Defendant to pay the costs of prosecution; to be placed on probation for a period of six (6) months consecutive with Count (a), (b), (c) and (d); to undergo a mental health evaluation and complete all treatment that is recommended, to have no contact whatsoever with Jane Zupancic, Michael Mattys, Marilyn Hines and Michael Feller.

The Court accepts the Defendant's plea of guilty to Count (g), Unlawful Access to Stored Communications, one count, an ungraded Misdemeanor, with the victim being Michael Feller, as intelligently, freely and voluntarily entered and accepts the plea offer for the reasons set forth in Count (a)

The Court, therefore, sentences the Defendant to pay the costs of prosecution, to be placed on probation for a period of six (6) months under the

supervision of the Washington County Adult Probation
Office consecutive with Counts (a), (b), (c), (d), and
(e); to undergo a mental health evaluation and complete
all treatment that is recommended, to have no contact
whatsoever with Jane Zupancic, Michael Mattys, Marilyn
Hines and Michael Feller

  The Court accepts the Defendant's plea of
guilty to Harassment, a Summary Offense, as
intelligently, freely and voluntarily entered and
sentences the Defendant to pay the costs of
prosecution, to be placed on probation for a period of
three (3) months under the supervision of the
Washington County Adult Probation Office concurrent
with all other counts; to undergo a mental health
evaluation and complete all treatment that is
recommended, to have no contact whatsoever with Jane
Zupancic, Michael Mattys, Marilyn Hines and Michael
Feller

  The Defendant is ordered to forfeit and
the District Attorney's Office is ordered to seize and
destroy, if they wish, all evidence in the nature of
computers and phones seized   The forfeiture and
destruction order shall not take effect until thirty
(30) days from the date of this Order

  Regarding the Defendant's request for the
return of her deceased husband's camera and photos,
with the consent of the Commonwealth, the District

Attorney's Office and the prosecuting officer are
directed to return those items to her.

The Defendant's request for return of
financial records for her deceased husband on computers
seized during the investigation is denied for reasons
of record.

The Court orders the Defendant to pay
restitution in the amount of one dollar ($1 00) to
Michael Feller and the Commonwealth is directed to
request a restitution hearing within thirty (30) days
of today's date if the Commonwealth concludes that a
restitution hearing is appropriate.  The Court will set
a restitution hearing upon written motion for such

Upon motion of the Assistant District
Attorney, Count (f) and Count (h) are hereby nolle
prossed.

BY THE COURT

*Janet Moschetta Bell*

JANET MOSCHETTA BELL, JUDGE

Docket No  CP-63-CR-0000741-2007 

# File Copy Recipient List

Addressed To     KAREN S  LONG
103 CLEARVIEW DR
MCMURRAY PA  15317