# EXHIBIT D

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
CIVIL DIVISION

E-STAFF CONSULTING GROUP, INC ,    )
    Plaintiff,    )
          )
 v    )  No  2016-1852
          )
KAREN S REYNOLDS    )
    Defendant    )

## ORDER

   AND NOW, this 15th day of April, 2016, upon consideration of the

Motion for Emergency Preliminary Injunction filed by Plaintiff, E-Staff Consulting Group, Inc ,

and after an emergency hearing on April 6, 2016 and a subsequent preliminary hearing on the

continuation of the injunction on April, 11, 2016, it is hereby ORDERED, ADJUDGED, and

DECREED that the Preliminary Injunction granted on April 6 2016 is hereby continued until

further Order of Court  A hearing on a permanent injunction shall be held on August 25, 2016  at

1 30 p m  before the undersigned

BY THE COURT

*Valarie Costanzo*

VALARIE COSTANZO, JUDGE



ENTRY OF OPINION, (ORDER,) DECREE,
ADJUDICATION OR JUDGMENT FILED  4-15-16

MAILED  4-18-16

TO

Certy Adam (NM)