# EXHIBIT E

# Magisterial District Judge 27-2-01

## DOCKET

Docket Number: MJ-27201-NT-0000093-2019

### Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Karen Sue Reynolds

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge James Saieva Jr. | Issue Date: | |
| OTN: | | File Date: | 03/25/2019 |
| Arresting Agency: | Chartiers Township Police Dept | Arrest Date: | |
| Citation No.: | R 2380813-1 | Incident No.: | |
| Disposition: | Guilty | Disposition Date: | 06/06/2019 |
| County: | Washington | Township: | Chartiers Township |
| Case Status: | Closed | | |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Closed | 07/05/2019 | Completed |
| | 07/05/2019 | Case Transferred to Court of Common Pleas |
| | 07/05/2019 | Completed |
| | 06/06/2019 | Case Balance Due |
| | 06/06/2019 | Case Disposed/Penalty Imposed |
| | 06/06/2019 | Awaiting Sentencing |
| | 04/09/2019 | Awaiting Summary Trial |
| | 03/25/2019 | Awaiting Plea |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Summary Trial | 06/06/2019 | 9:45 am | | Magisterial District Judge David W. Mark | Scheduled |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Reynolds, Karen Sue | Sex: | Female |
| Date of Birth: | 07/07/1959 | Race: | White |
| Address(es): | | | |

**Home**
McMurray, PA 15317

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Arresting Officer | Filosi, Michael A. |
| Defendant | Reynolds, Karen Sue |

### CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|---|
| 1 | 18 § 2709 §§ A3 | S | Harassment - Course of Conduct W/No Legitimate Purpose | 03/25/2019 | Guilty |

MDJS 1200                                                                                                   Printed: 08/21/2025   1:07 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 27-2-01

## DOCKET

Docket Number: MJ-27201-NT-0000093-2019

### Non-Traffic Docket



Commonwealth of Pennsylvania
v.
Karen Sue Reynolds

Page 2 of 2

### DISPOSITION / SENTENCING DETAILS

| Case Disposition | Disposition Date | Was Defendant Present? |
|---|---|---|
| **Guilty** | 06/06/2019 | Yes |

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1  Harassment - Course of Conduct W/No Legitimate Purpose | Guilty |

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 07/05/2019 | Summary Appeal Filed | Karen Sue Reynolds | Karen Sue Reynolds, Defendant |
| 06/06/2019 | Guilty | Magisterial District Judge David W. Mark | Karen Sue Reynolds, Defendant |
| 04/02/2019 | Certified Summons Accepted | Magisterial District Court 27-2-01 | Karen Sue Reynolds, Defendant |
| 03/25/2019 | Summons Issued | Magisterial District Court 27-2-01 | Karen Sue Reynolds, Defendant |
| 03/25/2019 | First Class Summons Issued | Magisterial District Court 27-2-01 | Karen Sue Reynolds, Defendant |
| 03/25/2019 | Certified Summons Issued | Magisterial District Court 27-2-01 | Karen Sue Reynolds, Defendant |
| 03/25/2019 | Non-Traffic Citation Filed | Magisterial District Court 27-2-01 | |

### PAYMENT PLAN SUMMARY

| Payment Plan No. | Payment Plan Freq. | Next Due Date | Active | Next Due Amt. | Overdue Amt. |
|---|---|---|---|---|---|
| 27201-2019-P0000320 | Single Payment | | No | $0.00 | $0.00 |

Responsible Participant
Reynolds, Karen Sue

| Payment Plan History: | Payment Dt. | Applied Dt. | Transaction Type | Payor | Participant Role | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

### CASE FINANCIAL INFORMATION

Case Balance:    $0.00        Next Payment Amt:
Last Payment Amt:              Next Payment Due Date:

| | Assessment Amt | Adjustment Amt | Non-Monetary Payment Amt | Payment Amt | Balance |
|---|---|---|---|---|---|
| ATJ | $6.00 | ($6.00) | $0.00 | $0.00 | $0.00 |
| CJES | $2.50 | ($2.50) | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $9.00 | ($9.00) | $0.00 | $0.00 | $0.00 |
| County Court Cost (Act 204 of 1976) | $33.00 | ($33.00) | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | ($35.00) | $0.00 | $0.00 | $0.00 |
| JCPS | $21.25 | ($21.25) | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| OAG - JCP | $2.50 | ($2.50) | $0.00 | $0.00 | $0.00 |
| State Court Costs (Act 204 of 1976) | $9.00 | ($9.00) | $0.00 | $0.00 | $0.00 |
| Title 18 - Payable to Municipality | $300.00 | ($300.00) | $0.00 | $0.00 | $0.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | ($25.00) | $0.00 | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 198 | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| Postage - Case | $6.50 | ($6.50) | $0.00 | $0.00 | $0.00 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act  (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.