# EXHIBIT EE

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY
## DOCKET



Docket Number: CP-63-SA-0000207-2019
## SUMMARY APPEAL DOCKET
Non-Traffic

Commonwealth of Pennsylvania
v.
Karen Sue Reynolds

Page 1 of 4

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Solomon, Gerald R. | Date Filed: 07/05/2019 | Initiation Date: 07/05/2019 |
| OTN: | LOTN: | Originating Docket No: | MJ-27201-NT-0000093-2019 |
| Initial Issuing Authority: | David W. Mark | Final Issuing Authority: | David W. Mark |
| Arresting Agency: | Chartiers Twp Police Dept | Arresting Officer: | Filosi, Michael A. |
| Complaint/Citation No.: | R 2380813-1 | Incident Number: | |
| County: | Washington | Township: | Chartiers Township |
| Case Local Number Type(s) | | Case Local Number(s) | |

### STATUS INFORMATION

Case Status: Closed

| Status Date | Processing Status | Complaint Date: 03/25/2019 |
|---|---|---|
| 08/21/2019 | Sentenced/Penalty Imposed | |
| 08/21/2019 | Awaiting Sentencing | |
| 07/05/2019 | Awaiting Original Papers | |
| 07/05/2019 | Awaiting Summary Appeal Trial | |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Summary Appeal | 08/21/2019 | 9:30 am | Courtroom 3 | Senior Judge Gerald R. Solomon | Scheduled |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Date Of Birth: | 07/07/1959 | City/State/Zip: | McMurray, PA 15317 |

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Reynolds, Karen Sue |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | S | 18 § 2709 §§ A3 | Harassment - Course of Conduct W/No Legitimate Purpose | 03/25/2019 | |

### DISPOSITION SENTENCING/PENALTIES

Disposition
  Case Event / Disposition Date / Final Disposition
    Sequence/Description / Offense Disposition / Grade / Section
      Sentencing Judge / Sentence Date / Credit For Time Served
        Sentence/Diversion Program Type / Incarceration/Diversionary Period / Start Date
          Sentence Conditions

**Guilty by Trial (Lower Court)**        Defendant Was Present
  Lower Court Disposition        06/06/2019        Not Final

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY
## DOCKET



Docket Number: CP-63-SA-0000207-2019
### SUMMARY APPEAL DOCKET
Non-Traffic

Commonwealth of Pennsylvania
v.
Karen Sue Reynolds

Page 2 of 4

## DISPOSITION SENTENCING/PENALTIES

| Disposition | | | |
|---|---|---|---|
| Case Event | Disposition Date | Final Disposition | |
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |
| 1 / Harassment - Course of Conduct W/No Legitimate Purpose | Guilty by Trial (Lower Court) | S | 18 § 2709 §§ A3 |

**Guilty**

| | | | |
|---|---|---|---|
| Summary Appeal | 08/21/2019 | Final Disposition | |
| 1 / Harassment - Course of Conduct W/No Legitimate Purpose | Guilty | S | 18 § 2709 §§ A3 |
| Solomon, Gerald R. | 08/21/2019 | | |
| No Further Penalty | | | |

## COMMONWEALTH INFORMATION

Name:

Supreme Court No:

## ATTORNEY INFORMATION

Name:

Supreme Court No:
Rep. Status:
Phone Number(s):

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/05/2019 | | Reynolds, Karen Sue |
| Notice of Summary Appeal Filed | | | |
| 1 | 07/10/2019 | | Court of Common Pleas - Washington County |
| Assigned to Judge: Solomon, Gerald R. | | | |
| 1 | 07/11/2019 | | Court of Common Pleas - Washington County |
| Original Papers Received from Lower Court | | | |
| 1 | 08/21/2019 | | Solomon, Gerald R. |
| Guilty | | | |
| 2 | 08/21/2019 | | Solomon, Gerald R. |
| Order - Sentence/Penalty Imposed | | | |

CPCMS 9082    Printed: 08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY
## DOCKET



Docket Number: CP-63-SA-0000207-2019
### SUMMARY APPEAL DOCKET
Non-Traffic

Commonwealth of Pennsylvania
v.
Karen Sue Reynolds

Page 3 of 4

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/30/2019 | 08/21/2019 | Solomon, Gerald R. |
| Order of Sentence | | | |
| 1 | 09/03/2019 | | Court of Common Pleas - Washington County |
| Penalty Assessed | | | |
| 1 | 09/05/2019 | | Court of Common Pleas - Washington County |
| Payment Plan Introduction Letter | | | |
| 1 | 05/14/2021 | | Court of Common Pleas - Washington County |
| Delinquency Notice Filed - 561 Days Overdue | | | |
| 1 | 06/01/2021 | | Davis, Brenda |
| FON Returned via USPS. Unable to Forward. | | | |
| 1 | 06/25/2021 | | Court of Common Pleas - Washington County |
| Delinquency Notice Filed - 603 Days Overdue | | | |
| 1 | 07/06/2021 | | Ridge, Jon |
| Mail Returned from USPS - No New Address Listed | | | |

### PAYMENT PLAN SUMMARY

| Payment Plan No | Payment Plan Freq. | Next Due Date | Active | Overdue Amt |
|---|---|---|---|---|
| Responsible Participant | | | Suspended | Next Due Amt |
| 63-2019-P000001967 | Single Payment | 10/31/2019 | Yes | $538.25 |
| Reynolds, Karen Sue | | | No | $538.25 |

| | Payment Plan History: | Receipt Date | | Payor Name | Participant Role | Amount |
|---|---|---|---|---|---|---|
| | | 09/03/2019 | Payment | Reynolds, Karen Sue | Defendant | $60.00 |

CPCMS 9082    Printed: 08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY
## DOCKET



Docket Number: CP-63-SA-0000207-2019
### SUMMARY APPEAL DOCKET
Non-Traffic

Commonwealth of Pennsylvania
v.
Karen Sue Reynolds

Page 4 of 4

### CASE FINANCIAL INFORMATION

Last Payment Date: 09/03/2019      Total of Last Payment: -$60.00

| Reynolds, Karen Sue<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Summary Appeal (Washington) | $50.00 | ($50.00) | $0.00 | $0.00 | $0.00 |
| ATJ | $6.00 | ($6.00) | $0.00 | $0.00 | $0.00 |
| CJES | $2.50 | ($2.50) | $0.00 | $0.00 | $0.00 |
| Clerk Automation Fee (Washington) | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Clerk of Courts (Washington) | $32.00 | ($19.75) | $0.00 | $0.00 | $12.25 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $9.00 | $0.00 | $0.00 | $0.00 | $9.00 |
| County Court Cost (Act 204 of 1976) | $33.00 | $0.00 | $0.00 | $0.00 | $33.00 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| District Attorney (Washington) | $80.00 | $0.00 | $0.00 | $0.00 | $80.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| JCPS | $21.25 | ($21.25) | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| OAG - JCP | $2.50 | ($2.50) | $0.00 | $0.00 | $0.00 |
| Sheriff (Washington) | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| State Court Costs (Act 204 of 1976) | $9.00 | $0.00 | $0.00 | $0.00 | $9.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Costs/Fees Totals: | $348.25 | ($110.00) | $0.00 | $0.00 | $238.25 |
| **Fines** | | | | | |
| Title 18 - Payable to Municipality | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| Fines Totals: | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| Grand Totals: | $648.25 | ($110.00) | $0.00 | $0.00 | $538.25 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.