# EXHIBIT F

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0002459-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Karen Sue Reynolds

Page 1 of 4

## CASE INFORMATION

Judge Assigned: Costanzo, Valarie S.

OTN: U 744042-5    LOTN:

Initial Issuing Authority: David W. Mark

Arresting Agency: Chartiers Twp Police Dept

Complaint/Citation No.: 0852352019

County: Washington

Case Local Number Type(s)

Date Filed: 11/12/2019    Initiation Date: 08/29/2019

Originating Docket No: MJ-27201-CR-0000327-2019

Final Issuing Authority: David W. Mark

Arresting Officer: Filosi, Michael A.

Incident Number:

Township: Chartiers Township

Case Local Number(s)

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Related Misc. Bail Cases** | | | |
| CP-63-MD-0001017-2019 | Comm. v. Reynolds, Karen Sue | CP-27-63-Crim | Same MDJ Case |

## STATUS INFORMATION

| Case Status: | Inactive | Status Date | Processing Status | Complaint Date: | 08/29/2019 |
|---|---|---|---|---|---|
| | | 12/26/2019 | Awaiting Plea Court | | |
| | | 12/20/2019 | Awaiting Trial | | |
| | | 12/11/2019 | Awaiting Formal Arraignment | | |
| | | 11/12/2019 | Awaiting Formal Arraignment | | |
| | | 11/12/2019 | Awaiting Filing of Information | | |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 12/20/2019 | 11:00 am | Jury Lounge | | Scheduled |
| Administrative Trial List | 01/05/2020 | 9:00 am | Courtroom 3 | President Judge Valarie S. Costanzo | Scheduled |
| Plea Court | 01/28/2020 | 1:00 pm | Courtroom 3 | President Judge Valarie S. Costanzo | Scheduled |
| Administrative Trial List | 03/08/2020 | 8:30 am | Courtroom 3 | President Judge Valarie S. Costanzo | Scheduled |
| Administrative Trial List | 06/07/2020 | 9:00 am | Courtroom 3 | President Judge Valarie S. Costanzo | Scheduled |
| Administrative Trial List | 09/13/2020 | 9:00 am | Courtroom 3 | President Judge Valarie S. Costanzo | Scheduled |
| Administrative Trial List | 12/06/2020 | 9:00 am | Courtroom 3 | President Judge Valarie S. Costanzo | Scheduled |

CPCMS 9082

Printed: 08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0002459-2019**
# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Karen Sue Reynolds

Page 2 of 4

### DEFENDANT INFORMATION

Date Of Birth:      07/07/1959      City/State/Zip: McMurray, PA 15317

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Reynolds, Karen Sue |

### BAIL INFORMATION

**Reynolds, Karen Sue**              **Nebbia Status: None**

| Bail Action | Date | Bail Type | Originating Court | Percentage | Amount |
|---|---|---|---|---|---|
| Set | 10/08/2019 | Nonmonetary | Magisterial District Court | | $0.00 |
| Change Bail Type | 10/25/2019 | Monetary | Magisterial District Court | | $5,000.00 |
| Revoke | 11/01/2019 | Monetary | Magisterial District Court | | $5,000.00 |

| Surety Type | Surety Name | Posting Status | Posting Date | Security Type | Security Amt |
|---|---|---|---|---|---|
| Professional Surety | Losko, Jacob Aaron | Posted | 10/29/2019 | Surety Bonds | $5,000.00 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | M1 | **18 § 2709.1 §§ A1** | Stalking - Repeatedly Commit Acts To Cause Fear | 08/21/2019 | U 744042-5 |
| 2 | 2 | M1 | **18 § 2709.1 §§ A2** | Stalking - Repeatedly Comm. To Cause Fear | 08/21/2019 | U 744042-5 |

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | | |
|---|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section | |
| Sentencing Judge | Sentence Date | Credit For Time Served | | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | | |
| Sentence Conditions | | | | |

**Held for Court (Lower Court)**      Defendant Was Not Present

| Lower Court Disposition | | 11/05/2019 | Not Final | | |
|---|---|---|---|---|---|
| 1 / Stalking - Repeatedly Commit Acts To Cause Fear | | Held for Court (Lower Court) | M1 | 18 § 2709.1 §§ A1 | |
| 2 / Stalking - Repeatedly Comm. To Cause Fear | | Held for Court (Lower Court) | M1 | 18 § 2709.1 §§ A2 | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0002459-2019**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Karen Sue Reynolds

Page 3 of 4

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| <u>Name:</u>   Nathan Donald Michaux | <u>Name:</u>   Adam Yarussi |
| Assistant District Attorney | Public Defender |
| <u>Supreme Court No:</u>   322490 | <u>Supreme Court No:</u>   315389 |
| <u>Phone Number(s):</u> | <u>Rep. Status:</u>   Active |
| 724-228-6790      (Phone) | <u>Phone Number(s):</u> |
| <u>Address:</u> | 724-942-5111      (Phone) |
| 1 S Main St Ste 1003 | <u>Address:</u> |
| Washington, PA  15301 | 6 S Main St Ste 415 |
|  | Washington, PA  15301 |
| <u>Name:</u>   Washington County District Attorney's Office | Representing: Reynolds, Karen Sue |
| District Attorney |  |
| <u>Supreme Court No:</u> |  |
| <u>Phone Number(s):</u> |  |
| 724-228-6790      (Phone) |  |
| <u>Address:</u> |  |
| 26 South Main Street |  |
| Washington, PA  15301 |  |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/29/2019 |  | Losko, Jacob Aaron |
| Bail Posted |  |  |  |
| 1 | 11/01/2019 |  | DiSalle, John F. |
| Pre-trial Services Order-Bail Revoked for Failure to Appear |  |  |  |
| 1 | 11/12/2019 |  | Court of Common Pleas - Washington County |
| Original Papers Received from Lower Court |  |  |  |
| 1 | 11/15/2019 |  | Court of Common Pleas - Washington County |
| Assigned to Judge: Costanzo, Valarie S. |  |  |  |
| 1 | 12/11/2019 |  | Michaux, Nathan Donald |
| Information Filed |  |  |  |
| 1 | 12/20/2019 |  | Court of Common Pleas - Washington County |
| Formal Arraignment Held |  |  |  |

CPCMS 9082

Printed:  08/20/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0002459-2019**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Karen Sue Reynolds

Page 4 of 4

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 12/26/2019 | | Court of Common Pleas - Washington County |
| Hearing Notice | | | |
| 1 | 12/30/2019 | | Court of Common Pleas - Washington County |
| Mail return, Unable to forward by the U.S.P.S. | | | |
| 1 | 01/17/2020 | | Yarussi, Adam |
| Entry of Appearance | | | |
| 2 | 01/17/2020 | | Yarussi, Adam |
| Motion for Discovery | | | |
| 1 | 01/22/2020 | | Davis, Brenda |
| Mail return, Unable to forward by the U.S.P.S. | | | |
| 1 | 01/29/2020 | | Costanzo, Valarie S. |
| Bench Warrant | | | |

## CASE FINANCIAL INFORMATION

Last Payment Date:                                             Total of Last Payment:

**Reynolds, Karen Sue**
Defendant

**Costs/Fees**

| | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| Bench Warrant Fee (Washington) | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Costs/Fees Totals: | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Grand Totals: | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.