# EXHIBIT G

SN

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA )
)
vs. ) No. CR-2459-2019
)
KAREN SUE REYNOLDS, )
)
DEFENDANT )
)
)

**BENCH WARRANT**

**AND NOW**, this 28th day of January, 2020, the above-named Defendant having failed to appear in court this date, a Bench Warrant will issue forthwith. The Sheriff of Washington County, Pennsylvania State Police, and/or arresting officer are directed to apprehend the said Defendant and confine her to the Washington County Correctional Facility. The Clerk is hereby directed to notify the Surety in the above matter to produce the defendant within 10 days or the Bond will be automatically forfeited.

The Sheriff and/or the arresting agency are further directed to place the above-named Defendant's biographical information into the National Crime Information Center database.

BY THE COURT:

*Valarie Costanzo* J.
VALARIE COSTANZO, JUDGE