# EXHIBIT H

# THE HIERARCHY
### THE HALLMARK OF THINGS TO COME

## CONFIDENTIALITY AGREEMENT

## COLLABORATION PROJECTS

This Agreement concerning Confidentiality ("Agreement") is made and entered into this 3 day of November, 2021, by and between The Hierarchy ("The Company") and MarkXX Consulting LLC ( "Contractor").

WHEREAS, the Company provides information technology services to businesses;

WHEREAS, Contractor may perform services for/or with the Company;

WHEREAS, Contractor, by virtue of (his/her) placement at the Company, will have access to and use of the Company's confidential and proprietary and/or trade secrets belonging to the Company and/or its customers.

WHEREAS, the Company would not otherwise permit Contractor to have access to its Confidential Information (defined herein) without Contractor agreeing to sign this Agreement; and

NOW THEREFORE, in consideration of the mutual terms, conditions and covenants set forth herein, and intending to be legally bound, the Company and Contractor, knowingly and voluntarily agree as follows:

**1.** **Incorporation of Recitals.** The above recitals are incorporated herein as if set forth at length and are specifically made terms of this Agreement.

**2.** **Confidential Information and Non-Disclosure**

A. During (his/her) placement at the Company, Contractor will have access to and use of certain confidential and proprietary information relating to the Company's business. Contractor acknowledges that this Confidential Information (defined below) has been developed and will continue to be developed by the Company at great time and expense, and is a valuable, special and unique aspect of the Company's business. For purposes of this Agreement, the term "Confidential Information" is defined to include, without limitation, trade secrets and "know how" and all information and materials described below, in whatever form, whether or not reduced to writing and whether or not registerable, recordable, or otherwise protected under applicable patent, copyright, trade secret, trademark, or other law, that Contractor receives, has access to, conceives, learns, and/or develops, in whole or in part, directly or indirectly, in connection with the services performed by Contractor during his placement at the Company or through the use of the Company's facilities or resources, regardless of how such information is communicated, disclosed, created, learned or discovered, including but not limited to, the following: the names, addresses,

**THE HIERARCHY**

contact persons, requirements, payment terms and other information relating to the Company's customers, clients, referral sources, business associates, suppliers, vendors, independent contractors, and employees; information and materials received by the Company from third parties in confidence or subject to non-disclosure or similar covenants, programs, procedures and techniques and other information that Contractor learns and/or develops during the course and/or scope of the services performed by Contractor during his/her placement at the Company; The Company's policies and procedures; personnel information; client lists; prospect lists; pricing, profit, quoting and mark-up information and policies; mailing lists; purchasing information; the Company's advertising, marketing, business, recruiting, financial, training and organizational plans, policies, objectives and strategies; and, all notes, tapes, reference items, sketches, drawings, memoranda, analyses, compilations, studies, summaries, and other material relating to or containing any of the above-mentioned information (collectively, the "Confidential Information").

   B. Contractor agrees that (he/she) shall not, at any time during or after the termination of Contractor's placement at the Company: (i) use or exploit any Confidential Information for Contractor's own benefit or the benefit of any person or entity other than the Company; (ii) remove any Confidential Information or other property belonging to the Company without prior authorization from the Company; (iii) disclose, publish or otherwise make available any Confidential Information to any person or entity outside of the Company, without prior written authorization, or (iv) otherwise treat Confidential Information other than in a confidential manner. The Confidential Information is and remains the exclusive property of the Company and Contractor shall use Contractor's best efforts to prevent publication or disclosure thereof and to ensure that Confidential Information is disclosed only to other authorized personnel within the Company.

   C. Upon termination of Contractor's placement at the Company and at any other time upon request, Contractor shall immediately deliver to the Company all documents, keys, access cards, company credit cards, passwords, computer hardware and software, electronic devices, electronic files, PDAs, smart phones, tools, records of any kind, manuals, training kits, and all other information and property belonging to the Company, including all copies of such property, regardless of whether such information or property contains Confidential Information and regardless of where the information or property is located.

   D. Contractor agrees that, in the event of an actual or threatened breach by Contractor of any provision contained in Paragraph 2, the Company would suffer irreparable harm that may be impossible to measure in monetary damages. Thus, the Company and Contractor agree that, in addition to all other remedies available to the Company, the Company has the right to obtain injunctive and other available relief to secure Contractor's specific performance and to prevent a breach of any provision in Paragraph 2; and the right to an accounting and disgorgement of all profits, compensation, remunerations and other benefits that Contractor and/or any person or entity, directly or indirectly, has realized or may realize in connection with the violation of any provision in Paragraph 2 of this Agreement.

   E. Contractor agrees that (he/she) will provide Confidential Information to the Company's employees or other individuals engaged to render services to the Company only to the extent such disclosure is necessary for that individual to execute their services to the Company.

**THE HIERARCHY**

3. **Assignment.** The Company and Contractor agree that this Agreement shall not be assignable by Contractor. Contractor hereby consents that this Agreement shall be binding upon and inure to the benefit of the Company, its successors and assigns, whether by operation of law, total or partial sale of assets, merger, acquisition or otherwise.

4. **Waiver of Breach.** Any waiver by the Company of a breach by Contractor of any provision or covenant in this Agreement shall not operate or be construed as a waiver of a subsequent breach by Contractor.

5. **Counterparts.** This Agreement may be executed in one or more counterparts or copies, each of which shall be considered to be an original and all of which, together, shall constitute the entire Agreement between the parties. Faxed or scanned and PDF formatted signature pages are acceptable.

6. **Choice of Law; Forum Selection; Attorneys' Fees and Costs.** the Company and Contractor agree that this Agreement shall be governed by and interpreted under the laws of the Commonwealth of Pennsylvania, without giving effect to any conflicts of law principles. Any dispute arising under or in connection with the Agreement or related to any matter which is the subject of the Agreement shall be subject to the exclusive jurisdiction of the state and/or federal courts located in the County of Chester, Pennsylvania, and Contractor specifically consents and agrees to personal jurisdiction in state and/or federal courts located in the County of Chester, Pennsylvania. the Company and Contractor further agree that if the Company is required to enforce any provision of this Agreement, the prevailing party shall be entitled to reimbursement of attorneys' fees, costs and expenses incurred in connection with such enforcement.

7. **Entire Agreement; No Oral Modifications.** This Agreement supersedes all prior written and oral negotiations, agreements, discussions, proposals and offer letters, and sets forth the entire understanding and agreement among the Company and Contractor. This Agreement can be changed only by an agreement in writing, signed by the party against whom enforcement of any change is sought. the Company and Contractor expressly acknowledge that they have not relied upon any statement, communication, or representation not specifically set forth in this Agreement in choosing to enter into this Agreement.

8. **Acknowledgement.** Contractor acknowledges that (he/she) has carefully and fully read and understands all provisions of this Agreement, that (he/she) has had an opportunity to consult with an attorney or advisor of (his/her) choosing prior to entering into this Agreement, and that(he/she) accepts and enters into this Agreement, knowingly and voluntarily, and intending to be legally bound.

9. **No Joint Employment.** Contractor expressly acknowledges that nothing contained herein shall be construed, in any manner, to create an employment relationship with the Company, including, but not limited to, in the capacity as a "joint employer."

10. **Defend Trade Secrets Act ("DTSA") Notice.** Notwithstanding any other provision of this Agreement, Contractor will not be held criminally or civilly liable under any

**THE HIERARCHY**

federal or state trade secret law for any disclosure of a trade secret that is made solely for the purpose of reporting or investigating a suspected violation of law when the disclosure is made (1) in confidence to a federal, state or local government official, either directly or indirectly, or to an attorney; or (2) is made in a complaint or other document that is filed under seal in a lawsuit or other proceeding.  If Contractor files a lawsuit for retaliation by the Company for reporting a suspected violation of law, Contractor may disclose any confidential information to Contractor's attorney and use confidential information in the court proceeding if Contractor: (A) files any document containing the confidential information under seal; and (B) does not disclose the confidential information, except pursuant to court order.

**IN WITNESS WHEREOF**, and intending to be legally bound hereby, the Company and Contractor have executed this Agreement as of the day and year first above written.

_____
Contractor

11/3/2021
_____
Date

THE HIERARCHY

_____
By: Authorized Representative

3Nov2021
_____
Date

**THE  HIERARCHY**