# EXHIBIT L



**Milton Waddams**
@milton.waddams.2024
6 friends

Add friend | Message

Posts   About   Friends   Photos   Videos   Check-ins   More

## Posts

Filters

**Pinned post**

Milton Waddams
August 17 at 4:45 AM · 🌐

The Urban Affairs Coalition Executive Team – where vendors can embezzle money, and nothing is done. Whistleblower ProPublica National Network of Fiscal Sponsors Stand Up To Racism TSNE IRS Public Health Management Corporation Philadelphia Youth Network, Inc. Trinity360 Lima Consulting
See the news here: https://uac.news/

### THE UAC THREE
### TEACHING WHITE-COLLAR CRIME PAYS

👍 Like    💬 Comment    ↗ Share

Write a comment...

**Other posts**

Milton Waddams
August 25 at 3:26 AM · 🌐

University of Pennsylvania beware! Writing a bad review about Philadelphia's Urban Affairs Coalition might upset them. Philadelphia Youth Network, Inc. Tenant Union Representative Network Whistleblower ProPublica Stand Up To Racism TSNE Token Black
See the story here: https://the-hierarchy.net/



Everything about the SYP was great except UAC who made us beg for our

👍 Like    💬 Comment    ↗ Share

Write a comment...

Milton Waddams
August 24 at 5:11 PM · 🌐

Join us tonight in our anonymous chat room to discuss incidents that have happened at Philadelphia's Urban Affairs Coalition. #StrangerDanger #MeToo Me Too. Movement - # MeToo RAINN ProPublica Whistleblower National Network of Fiscal Sponsors Philadelphia Youth Network, Inc. TSNE #children #ChildSafety
See the news here: https://the-hierarchy.net/sexual-assault/

🏠 Home · Embezzlement · Defamation · Sexual Assaults · General Fund Fraud · $1M PPE Award · Contact Us

## Sexual Assaults

As news of the UAC lawsuit against the victim spreads, the UAC News anonymous chat room is hopping.
We have confirmed the three incidents detailed below, with names.
About five more incidents are being reviewed.
We are confirming the names of both perpetrators and victims before reporting.

**When a Child is Touched**

👍 Like    💬 Comment    ↗ Share

Write a comment...

**Milton Waddams**
August 23 at 5:09 AM · 🌐

The Urban Affairs Coalition Executive Team – where vendors can embezzle money, and nothing is done. @Public Health Management Corporation Philadelphia Youth Network, Inc. Scooby-Doo Bread & Roses Community Fund Inside Story TwoG Marketing Whistleblower ProPublica National Network of Fiscal Sponsors Stand Up To Racism IRS Charity Navigator Trinity360 Lima Consulting

See the news here: https://uac.news/



👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams**
July 26 · 🌐

**Ohio Capital Journal**

The Urban Affairs Coalition has also filed a SLAPP lawsuit against their programmer who reported embezzlement. Arun Prabhakaran, Sharmain Matlock-Turner, and Kevin Satterthwaite are also named parties. The programmer was promised payment in 2023 after Carlos Jones confirmed the embezzlement. Trinity360 Lima Consulting Whistleblower ProPublica TSNE National Network of Fiscal Sponsors Stand Up To Racism IRS Bread & Roses Community Fund

OHIOCAPITALJOURNAL.COM
Defamation suit offers early test of Ohio's new anti-SLAPP statute • Ohio Capital Journal

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams**
July 24 · 🌐

**Arun's Friend Danielle Newsome on Prosecuting Wage Theft**

**New information continues to be provided.** Arun Prabhakaran reportedly leveraged his brief role in the DA's office and his influence at UAC to seek a pro bono attorney for his friend, aiming to ensure that outreach workers, who are compensated with stipends (IRS: day laborers), receive their payments in cash on the same day.

However, when UAC's executive team confirmed that their number one vendor refused to issu...

See more

YOUTUBE.COM
ADA Danielle Newsome Discusses Prosecuting Wage Theft, More with Prof. James Forman's Yale Law Class

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams**
July 18 · 🌐

It is shameful for UAC to publish a shortened version of the required audit, once again omitting UAC's material weaknesses findings. ProPublica TSNE Whistleblower IRS Philadelphia Youth Network, Inc. Stand Up To Racism National Network of Fiscal Sponsors Lima Consulting Token Black

UAC Omitted the pages below          UAC Version posted to the Public

1 comment

👍 Like          💬 Comment          ↪ Share



**Milton Waddams**
July 14

Go Team! TSNE Pennsylvania Department of General Services Whistleblower Philadelphia Youth Network, Inc. PA Treasurer Stacy Garrity Stand Up To Racism PBS IRS ProPublica National Network of Fiscal Sponsors

### Details

**An independent audit commissioned by this organization for the fiscal year ending June 2024 identified:**

🚩 **Material weakness in internal controls**

Audit credited a deficiency in internal financial or governance controls that could limit the organization's ability to track and report financial data reliably. The deficiency could lead to failure to prevent or correct noncompliance with requirements.

1 comment

👍 Like      💬 Comment      ↪ Share

---

**Milton Waddams**
July 1

👍👍

**WHYY** ✓
July 1

Philadelphia's largest city workers' union is on strike for the first time in 40 years.... See more

PHILLY WORKS BECAUSE WE DO

WHYY.ORG
**Philadelphia's largest city workers' union goes on strike**
The union represents 9,000 blue-collar city employees ranging from sanitation workers to ...

👍 Like      💬 Comment      ↪ Share

Write a comment...

---

**Milton Waddams**
June 23

See the website that the Urban Affairs Coalition doesn't want you to see. Pennsylvania Department of General Services, Children's Hospital of Philadelphia, Philadelphia Youth Network, Inc.
https://the-hierarchy.net/wage-theft/

**WHYY** ✓
June 23

The prominent Philly nonprofit Urban Affairs Coalition turned a blind eye to pilfered funds, a tech worker contends. ... See more

BILLYPENN.COM
**The Urban Affairs Coalition is in a legal battle with a subcontractor who alleges financial mismanagement**

2 comments

👍 Like      💬 Comment      ↪ Share

---

**Milton Waddams**
May 16

The innocent woman being defamed is Margarite. I think she works for Children's Hospital of Philadelphia or Penn Medicine. Latoison had NOT set up her login for weeks. He later blamed it on Carlos, saying Carlos did not request her access for over a month. We are tracking down this woman. I walked her through the process the next morning at 7:30 AM after Latoison finally set her login ID up.  How does the public like seeing Steele, the PennFIRST Economic Opportunity Pla... See more

From: Saige Steele <SSteele@fkhfcoll.com>
Sent: Wednesday, November 30, 2022 5:20 PM
To: Jacques Latoison <Jlatoison@THEHIERARCHY.NET>
Cc: Carlos Limm <Climm@uac.org>
Subject: RE: New User Set Up Requested CHOP NPT

I don't think that's her issue.  She does not realize that's how work works.  In order for stuff to get done you have to DO it.  She ain't at my level.

Since I know you, I'm sure you told her what to do, and she probably remained on the computer while it was installed remotely.  She is one of the most fantastic liars I've ever met, and I'm in construction.  I spoke with her today and she said she has not heard from you.

Now that I think about it, this morning when I asked her about it, I suggested she reach out to you herself.  In fact, she was typing as if she was following up with you.  But I'm guessing that didn't happen yet either?

She also has not processed one list of payroll since I showed her how two weeks ago, on two separate occasions... and then provided her detailed directions alongside screenshots.

Good old Carlos 😊

**Saige Steele**
CCP & Friends, Sponsor
UI Benefit
📞 (610) 917-4480     📧 267-363-7812     📠 610-865-5865
fkhfcoll.com | website | facebook | linkedin | twitter | profile

1 comment

👍 Like      💬 Comment      ↪ Share

**Milton Waddams**
May 8 · 🌐

With Wakefern Food Corp. – I just made it onto their weekly engagement list by being one of their top engagers! 🎉 I sure wish their CEO would look into where my pay from Philadelphia's Urban Affairs Coalition's vendor kept for himself went. Commonwealth of Pennsylvania Pennsylvania Auditor General Office of the Governor of Pennsylvania TSNE



👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams**
May 6 · 🌐

See: https://the-hierarchy.net/ How many workers has the Urban Affairs Coalition put on unpaid leave, denying them the right to file for unemployment or access to their PTO or retirement money until they complied with their demands? Were you told how to testify to get access to your funds? Please DM me. Commonwealth of Pennsylvania Office of the Governor of Pennsylvania Pennsylvania Auditor General WURD Radio https://the-hierarchy.net/

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams**
May 6 · 🌐

See: https://the-hierarchy.net/severed-baby-finger/ Does anybody know what happened with the baby in Philadelphia who lost part of her finger while at the daycare that the Urban Affairs Coalition placed the Summer Youth Interns? If the parents settled under false pretenses and lies, millions, and a disciplined attorney. DM me alone. See our website: https://the-hierarchy.net/severed-baby-finger/ ABC News WURD Radio Philadelphia Youth Network, Inc. Philadelphia Works PBS NBC... See more

👍 Like          💬 Comment          ↪ Share

Write a comment...



**Milton Waddams**
May 3 · 🌐

See: https://the-hierarchy.net/general-fund-fraud/ Odd, "The Hierarchy" agreements signed for staff augmentation for Philadelphia's Urban Affairs Coalition did not contain a discrimination policy or a whistleblower policy.

These "The Hierarchy" agreements are being forwarded to the State of PA Treasury Grant overseers. Commonwealth of Pennsylvania Pennsylvania Department of General Services Office of the Governor of Pennsylvania Stand Up To Racism

See: https://the-hierarchy.n... See more



👍 Like          💬 Comment          �forward Share

Write a comment...

---

**Milton Waddams**
May 3 · 🌐

See: https://the-hierarchy.net/private-inurement/ Follow us as our team works this weekend, exposing even more questionable goings on at Philadelphia's Urban Affairs Coalition. Is it true that the UAC executives have American Express cards in their personal names?

American Express Commonwealth of Pennsylvania Pennsylvania Auditor General Office of the Governor of Pennsylvania TSNE WURD Radio PA Treasurer Stacy Garrity https://the-hierarchy.net/private-inurement/

### Private Inurement

👍 Like          💬 Comment          �forward Share

Write a comment...

---

**Milton Waddams**
May 3 · 🌐

https://the-hierarchy.net/seed-stage-lie/ Follow us as our team works this weekend, exposing even more questionable goings on at Philadelphia's Urban Affairs Coalition. Does JPMorganChase know where its money went? American Greed TSNE WURD Radio https://the-hierarchy.net/seed-stage-lie/

### Seed Stage Lie

👍 Like          💬 Comment          �forward Share

Write a comment...

**Milton Waddams**
May 3 · 

See: https://the-hierarchy.net/wage-theft/
When is the Philadelphia Embezzler, Jacques Latoison, going to be held accountable? Commonwealth of Pennsylvania Pennsylvania Auditor General Office of the Governor of Pennsylvania PA Treasurer Stacy Garrity James J. Mergiotti PBS NewsHour ABC News
See: https://the-hierarchy.net/wage-theft/



Like     Comment     Share

Write a comment...

---

**Milton Waddams**
May 1 · 

See: https://the-hierarchy.net/general-fund-fraud/ Who files the embezzlement charges against Jacques Latoison, since the Philadelphia Urban Affairs Coalition reportedly claims the money is not its concern? Commonwealth of Pennsylvania Pennsylvania Auditor General Office of the Governor of Pennsylvania WURD Radio PA Treasurer Stacy Garrity Office of the Governor of Pennsylvania WURD Radio TSNE PBS

**Overview of Pennsylvania Embezzlement Laws**

Pennsylvania state laws consolidate a number of criminal offenses that all qualify as thefts. Embezzlement is one of the activities that the state may prosecute as a theft. In general, an individual commits theft by taking or withholding another person's property without the owner's consent.

The prosecutor must usually prove that the defendant intended to permanently deprive the owner of the property. State law defines 'deprive' as any activity that reduces the value of the property completely or substantially, or any activity that significantly reduces the likelihood of the owner recovering the property.

To prove embezzlement, a prosecutor must show that the defendant obtained the victim's property through an agreement or as part of the defendant's fiduciary duties. In most cases, the victim has entrusted the property to the defendant for a specific purpose.

For example, a victim of embezzlement may have entrusted money to the defendant for the purpose of investment or financial management. The prosecutor must prove that the defendant intentionally failed to perform the agreed-upon services or acts and treated the entrusted property as his or her own property.

Like     Comment     Share

Write a comment...

---

**Milton Waddams**
May 1 · 

see: https://the-hierarchy.net/tioga-optigrab/
Thank you to the pissed off employees inside the Urban Affairs Coalition who have had no voice for years due to their social media restrictions who are coming in with tips. Glass Houses has a new meaning. Commonwealth of Pennsylvania Office of the Governor of Pennsylvania Pennsylvania Auditor General === U.S. Economic Development Administration <=> https://the-hierarchy.net/tioga-optigrab/



Like     Comment     Share

Write a comment...

---

**Milton Waddams**
April 30 · 

https://the-hierarchy.net/tioga-optigrab/ See our developing website page about the OptiGrab Diabeetus sunglasses, supposedly to be manufactured in Philadelphia and Jacksonville. Opti-Grab Wilfred Brimley  Commonwealth of Pennsylvania Pennsylvania Auditor General American Diabetes Association WURD Radio William "Bootsy" Collins  https://the-hierarchy.net/tioga-optigrab/



Like     Comment     Share

Write a comment...

**Milton Waddams**
April 30 · 

With Wakefern Food Corp. – I just got recognized as one of their top fans! 🎉 Please look into why the Urban Affairs Coalition uses The Hierarchy as a vendor. The owner of The Hierarchy, Jacques Latroison, is an embezzler. see: https://the-hierarchy.net/



👍 Like       💬 Comment       ↪ Share

Write a comment...

---

**Milton Waddams**
April 30 · 

https://the-hierarchy.net/ Who wants to do business with the Urban Affairs Coalition when they repeatedly deny payment to their contracted workers? It looks like this worker was eventually paid (We hope). Commonwealth of Pennsylvania Pennsylvania Auditor General WURD Radio TSNE ABC News Office of the Governor of Pennsylvania James J. Mergiotti https://the-hierarchy.net/




👍 Like       💬 Comment       ↪ Share

Write a comment...

---

**Milton Waddams**
April 24 · 

https://the-hierarchy.net/mbe-wbe-653-fraud/ Did the Urban Affairs Coalition let the State know that "The Hierarchy" is a UAC subcontractor? We are pulling signed contracts and finding out more 411 daily. Jacques Latroison James J. Mergiotti Pennsylvania Auditor General Commonwealth of Pennsylvania Office of the Governor of Pennsylvania PA Treasurer Stacy Garrity See our website to help: https://the-hierarchy.net/mbe-wbe-653-fraud/

**ARTICLE IX**
**SUBCONTRACTS**

The Grantee shall not execute or concur in any subcontract with any person or tity in any respect concerning the activities herein without prior written approval of the antor. Such prior written approval shall not be required for the purchase by the antee of articles, supplies, equipment and activities which are both necessary for an rely incidental to the performance of the work required under this Contract. The antee shall not execute or concur in any subcontract declared disapproved by th antor.

Contract: C00006531 - Signature Log
The effective date of this agreement is 05/24/2023 ("Effective Date")

| | Date | Name | Title |
|---|---|---|---|
| Grantee | 05/10/2023 | Arun Prabhakaran | President |
| Grantee | 05/10/2023 | Kevin Satterthwaite | Sr. Vice President Business Services |
| Chief Counsel | 05/10/2023 | Souder, Sarah | CIWOPA Employee |
| Executive | 05/10/2023 | Hanna, Michael | CIWOPA Employee |
| OGC | | A-FA-26.0 | |
| OAG | | A-FA-26.0 | |
| Comptroller | 05/24/2023 | John Orndorff | Comptroller |

Contract: C000072955 - Signature Log

| | Date | Name | Title |
|---|---|---|---|
| | 09/16/2020 | Jim Mergiotti | Board Chair |
| | 09/16/2020 | Sharmain Matlock-Turner | President & CEO |
| sel | 09/16/2020 | Busch, Jill | CIWOPA Employee |
| | 09/23/2020 | Weaver, Neil | CIWOPA Employee |
| | 10/01/2020 | Qunsheng Luo | Comptroller |

👍 Like       💬 Comment       ↪ Share

Write a comment...

**Milton Waddams** is in Philadelphia, PA.
April 23 · 

https://the-hierarchy.net/ Three Blind Mice TSNE Office of the Governor of Pennsylvania Commonwealth of Pennsylvania PA Treasurer Stacy Garrity National Network of Fiscal Sponsors Pennsylvania Auditor General James J. Mergiotti Jacques Latoison This is how the Urban Affairs Coalition Senior Executives handle reports of embezzlement. See our website to help: https://the-hierarchy.net/







---

**Milton Waddams**
April 23 · 

International Brotherhood of Electrical Workers. Ibew Local, Doesn't your union have electrical IT wiring workers for Philadelphia?  Why is the Urban Affairs Coalition, City of Philadelphia, using the non-union worker named Jacques Latoison and his company named The Hierarchy? #ScabbyTheRat #UnionStrong Where Is Scabby Scroll wayyy down on our webpage: https://the-hierarchy.net/what-is-a-covid-19-economic.../







---

**Milton Waddams**
April 19 · 

See: https://the-hierarchy.net/ TSNE Office of the Governor of Pennsylvania Commonwealth of Pennsylvania WURD Radio Judge Greg Mathis. Pennsylvania Auditor General James J. Mergiotti Jacques Latoison What is going on with the Urban Affairs Coalition using taxpayer money to hire shady vendors who are stealing workers' pay? See: https://the-hierarchy.net/







---

**Milton Waddams**
April 17 · 

See: https://the-hierarchy.net/ Thank you, tipsters, for confirming this is the same "Carlos Jones" who owns IEDS and is a UAC EDP executive. Our sources tell us he retired from the city as of 3/31/2024.  Questions remain as to how a 9-5 FTE of the City can also enter time 9-5 as working at the Urban Affairs Coalition, which pays him through his personal business, Infinite Economic Development Solutions.  There ought to be a law against using taxpayer dollars like this!  ABC ... See more





**Milton Waddams** is in Philadelphia, PA.
April 15 · 🌐

Can anybody who worked at Philadelphia City Hall check in and let us know if this is the same Carlos Jones who was on the city payroll since at least 2016?  We think it was 2014, but the records do not go back that far. Philadelphia Philadelphia see: https://the-hierarchy.net/mbe-wbe-653-fraud/



🅻 Like          💬 Comment          ↪ Share                    2 comments

---

**Milton Waddams** is in Philadelphia, PA.
April 13 · 🌐

https://the-hierarchy.net/ 6abc Action News Office of the Governor of Pennsylvania Commonwealth of Pennsylvania PBS American Greed Pennsylvania Auditor GeneralWhat is going on with the PA General Services $10M fund and the MBE/WBE 653 cash-in-hand fund?  How is the Urban Affairs Coalition seemingly doing nothing about their tax cheat vendor who stole paychecks?  Has anybody reported that the swindler has been billing for hours not worked by anybody for ten (10)  years?  See ou...See more

👍 1                                                                      2 comments

🅻 Like          💬 Comment          ↪ Share

---

**Milton Waddams**
April 7 · 🌐

With Stacy Benstock Klein -- I just made it onto their weekly engagement list by being one of their top engagers! 🙇

🅻 Like          💬 Comment          ↪ Share

Write a comment...

**Milton Waddams**
April 7 · 

Urban Affairs Coalition - Stop with the menacing cease-and-desist letters. They are only making the public wonder what MORE you are hiding. Others with evidence are coming forward!  Thank you for the new evidence provided. PBS American Greed Philadelphia Philadelphia WURD Radio ABC News NBC News National Whistleblower Center
see: https://the-hierarchy.net/



👍 Like          💬 Comment          ↗ Share

Write a comment...

---

**Milton Waddams** is at GOJO Industries Inc.
April 4 · Akron, OH · 

Shout out to those brave people for letting us know about the drama around this one page of ours yesterday and today.  People are throwing each other under the bus. Still, Milton has not received his paychecks.  PURELL have you seen your product being photoshopped into a Covid PPE apparent scam?  The Philly Captain Philadelphia Inquirer American Greed Philadelphia PBS Philadelphia WURD Radio PURELL
see: https://the-hierarchy.net/what-is-a-covid-19-economic.../



1 comment

👍 Like          💬 Comment          ↗ Share

---

**Milton Waddams** is at Cohen Seglias
April 2 · Philadelphia, PA · 

More intimidation from the legal goons running endgame, to not pay timesheets as promised by their client on 8/7/2023. This is defamation coming from the Cohen Seglias legal goons. How dare they accuse me of 'stealing' insurance policy information, or anything? Neither one of the contractor NDAs had the correct The Hierarchy legal name or location. The Hierarchy never executed either one. Latoison stated that his "legal team" was drawing up corrected versions. That never happ... See more

ure, this firm represents your former employer, The
rgent matter to demand that you cease and desist
ed to your ongoing use of The Hierarchy's confide

is in receipt of reliable information that you hav
AC") and/or its insurance provider.  Such infor
as that you have stolen The Hierarchy's and/or t
formation to benefit your self-interest.  Furthermore
g communication with The Hierarchy's clients con

👍 Like          💬 Comment          ↗ Share

Write a comment...



**Milton Waddams**
March 31 · ⚙

With **Michael Baisden Live** – I just got recognized as one of their top fans! 🎉

👍 Like        💬 Comment        ↗ Share

Write a comment...

---

**Milton Waddams**
March 30 · ⚙

Urban Affairs Coalition (UAC) management has once again confirmed that Latoison stole my paychecks, yet UAC has done nothing to protect or recover taxpayer money. Firing the person who reported the theft was not the right solution. This situation will reflect poorly on UAC when their legal team takes me to court for seeking to be made whole. Who would expect a victim to return something to a thief, especially when both UAC and the thief admit that he has not paid for it? What... See more

**(From UAC Management)**

👍 Like        💬 Comment        ↗ Share

Write a comment...

---

**Milton Waddams**
March 29 · ⚙

Is this a trade secret, too? I took notes from a post-meeting with Jacques Latoison when he listed off several Caucasians he and his "associates" were targeting for being white. The time stamp is 10/20/2022 2:13 PM. It looks like at that time, I did not know what PHMC stood for. To be clear, at no time did I witness any UAC employee being racist. UAC is aware that Latoison often claimed he was being discriminated against by UAC for being Black. Is this a trade secret, too?... See more

caucasionphmc.txt - Notepad
File   Edit   Format   View   Help

Jacques Caucasians Hate List:
phmc philadelphia housing management authority - caucasion
aaco - handles aids
ODAT - hated us - michael audit issue

👍 Like        💬 Comment        ↗ Share

Write a comment...

---

**Milton Waddams**
March 29 · ⚙

Please be advised that if you have communicated with me regarding my quest to be paid for approved timesheets. The Hierarchy, the Urban Affairs Coalition IT vendor, has paid this forensic investigation company to deep-dive into my internet activity. This is becoming concerning as somebody is signing into personal accounts I have not used in five years. At no time has anybody denied that the money has been embezzled and that payment is due. TSNE Cencora DOGE Subcommittee Americ... See more



**Harness the Power of Social Media Discovery**

EMPOWER YOUR TEAM WITH THE RIGHT RESEARCH

COMPREHENSIVE RESULTS | ACTIONABLE INSIGHTS | COMPLIANT PRESERVATION

👍 Like        💬 Comment        ↗ Share

Write a comment...

**Milton Waddams**
March 27 · 🌐

One of the most pathetic moments at Urban Affairs Coalition was when Sharmain Turner downloaded an attachment from an email that was clearly from a spammer. Probably some Nigerian Prince who told her she won the lottery. The malware infected the entire joint.

## SHARMAIN MATLOCK-TURNER USING A COMPUTER



**WHERE THE FUCK IS THE "ANY KEY" SO I CAN CONTINUE?**

imgflip.com

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams**
March 27 · 🌐

This is the same Carlos Jones who is compensated by the Urban Affairs Coalition through his for-profit company, Infinite Economic Development Solutions. It is extremely disheartening that UAC's staffing vendor, who reportedly has 11 federal tax liens totaling nearly $300,000, was allegedly allowed to embezzle a white person's paycheck while under the supervision of Carlos Jones, and yet no action has been taken. Carlos Jones confirmed the alleged embezzlement and is using the...
See more

WHYY.ORG
**Philly's Black-owned businesses are still decades behind despite affirmative action**
Why isn't the business world a level playing field for women and minority-owned businesses d...

                                                                    2 comments

👍 Like          💬 Comment          ↪ Share

---

**Milton Waddams**
March 26 · 🌐

Milton is still waiting to be paid for the work performed as promised on 8/7/2023. None of these 1900s legal zoom forms stipulates the worker could not use his personal computer. In fact, there are 110 directives to do exactly that because Latoison is broke-ass and UAC had no money in the general fund to buy his equipment and software. Where the hell is The Hierarchy in MD? DOGE Subcommittee Tenant Union Representative Network @tsne Philadelphia Youth Network, Inc. Philade... See more

**HALF-ASS CONTRACTS WERE EVER EXECUTED**

👍 Like          💬 Comment          ↪ Share

Write a comment...

**Milton Waddams** is 🔵 at **Cohen Seglias**
March 19 · Philadelphia, PA · 🌐

**DOGE Subcommittee Philadelphia IRS:** Please look into how the Urban Affairs Coalition's IT vendor represented by Cohen Seglias, who has 11 federal tax liens and reportedly owes the IRS $300,000, is not considered a "tax cheat" @tsne **Associated Builders and Contractors - New Jersey Chapter** see: https://the-hierarchy.net/



March 19, 2025

...that this Firm represents The Hierarchy. W...
...nd desist from your unlawful actions and coe...
...y has learned that you have taken to the inte...
...s about The Hierarchy. Examples include...
...bases" and "stole $33,901." You have also s...
... statements are true.

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams** is 🔵 watching **Office Space**.
March 15 · 🌐

Information keeps rolling in: Where is Carlos Jones? He is not on the DOL federal payroll anymore. Did aliens 👽 abduct him and my UAC paychecks? Urban Affairs Coalition **IRS Unsolved Mysteries TSNE News** ABC American Greed Philadelphia PBS American Contract Compliance Association **Children's Hospital of Philadelphia** Penn Medicine DOGE Subcommittee
See: https://the-hierarchy.net/

**MISSING**
**CARLOS JONES**
**AND MY UAC PAYCHECKS**

**HAVE YOU SEEN ME?**
If found, contact
**MILTON WADDAMS**

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams** is 🔵 at **University of Pennsylvania (UPENN)**.
March 14 · Philadelphia, PA · 🌐

Milton Waddams isn't the only one that UAC can't seem to pay on time or as promised. Did UACs legal goon, Malcolm Ingram, send Penn a cease and desist letter, too, for saying UAC sucks at paying people as promised? Malcolm is making a fortune from taxpayers to defend a man paid by tax dollars who has $300K in IRS tax liens and embezzles paychecks.  Urban Affairs Coalition **University of Pennsylvania Philadelphia Youth Network, Inc. ABC News DOGE Subcommittee TSNE**
Our websi... See more

**Penn**
UNIVERSITY of PENNSYLVANIA

Rising Scholar Success Academy
(**PennRSSA**)

| | |
|---|---|
| Program Registration / Enrollment: | 94.1% |
| Communications from Program Staff: | 92.4% |
| Pod Sessions with GA's: | 90.6% |
| Course Materials & Assignments: | 84.1% |
| Career Pathways Sessions: | 88.8% |
| PennRSSA Live! Panels: | 82.9% |
| Using Zoom: | 83.5% |
| Using Canvas: | 81.1% |
| Signing up for WorkReady Stipends: | 35.9% |

**Everything about the SYP was great except UAC who made us beg for our $595 stipend for four weeks of work.**

👍 Like          💬 Comment          ↪ Share

Write a comment...

**Milton Waddams**
March 11 · ✲

Our taxpayer dollars are being used to represent an alleged Philadelphia tax cheat who owes the IRS nearly $300,000 and has allegedly embezzled paychecks. What happens when a victim requests to file an insurance claim to recover their losses, and the insurer responds by copying their legal team, other insurance companies, and two UAC employees they are defending? This includes the alleged embezzler, who has subjected me to racial slurs and verbal abuse. This feels like anothe...

See more

Imagine UAC providing legal counsel to support a man who embezzled your paychecks and subjected you to racial slurs and verbal abuse. Taxpayers are covering the costs for a tax cheat who owes the IRS nearly $300,000. Great job by their insurer on including the victim in the players list email. Is this another intimidation tactic to further abuse the victim?

This will confirm receipt of, and respond to, your March 5, 2025 email, attached. Please be advised that we are unable to provide you with any insurance information without the consent of our Insured, which we do not have at this time.

Thank you for your understanding.

Regards,
Terri
Terri Gre
Crum & F
Remote-b
t +1.973.4
Terri.Fag...

cc:   Kevin Satterthwaite <ksatterthwaite@uac.org>,
      "michael@prsbrokers.com" <michael@prsbrokers.com>,
      "Parisi, Elizabeth" <Elizabeth.Parisi@cfins.com>,
      "Ingram, Malcolm" <mjingram@littler.com>,
      "Rodgers, James J." <jrodgers@dilworthlaw.com>,
      "steven.bradley@onedigital.com" <steven.bradley@onedigital.com>,
      "JLatoison@THEHIERARCHY.NET" <jlatoison@thehierarchy.net>

date:   Mar 11, 2025, 8:48 AM



🄲🄵 **CRUM & FORSTER**

Like     Comment     Share

Write a comment...

---

**Milton Waddams** is 😞 feeling disappointed.
March 11 · ✲

What is happening in Philadelphia when the leadership of the Urban Affairs Coalition is celebrated as industry pillars while a worker who reports embezzlement is fired? Sharmain uses the programmer's database to bill CHOP $600/hour. The database UAC EDF uses to drive DEI construction projects hasn't been fully paid for. Where are Milton's checks?
See: https://the-hierarchy.net/
Urban Affairs Coalition Philadelphia American Greed DOGE Subcommittee IRS Children's Hospital of Philadelphia

**Appointed Deputy Chair of The Federal Reserve Bank of Philadelphia**

*Congratulations!*

**Sharmain Matlock-Turner**
CEO, Urban Affairs Coalition

**MY IT VENDOR OWES THE IRS NEARLY $300,000 AND STEALS WORKER PAYCHECKS**

Like     Comment     Share

Write a comment...

---

**Milton Waddams**
March 8 · ✲

See: https://the-hierarchy.net/
Where is Milton's paycheck?
When one person hollers, many more have been hurt.
These people are not staying silent. Urban Affairs Coalition
DOGE Subcommittee American Greed PBS Women's March

**IF YOUR VOICE HELD NO POWER THEY WOULDN'T TRY TO SILENCE YOU**

Like     Comment     Share

Write a comment...

**Milton Waddams**
March 8 · ⚙

What in the tarnation is going on with the Urban Affairs Coalition's #2 Independent Vendor getting a PPP loan for their Rita's joint? Rita's Italian Ice & Frozen Custard Urban Affairs Coalition DOGE Subcommittee Has anybody seen Milton's paycheck? See: https://the-hierarchy.net/wage-theft/

## WHEN ARUN PROMISES YOU RITA'S ITALIAN ICE IF YOU BEHAVE



3 comments

👍 Like      💬 Comment      ↪ Share

---

**Milton Waddams** is 😕 feeling confused.
March 7 · ⚙

**"Breaking News"** on our website!
see: https://the-hierarchy.net/wage-theft/
It's concerning that an Urban Affairs Coalition's top independent contractor, Trinity Enterprises, LLC, is a Delaware company with only three nonprofits, a barbershop as clients. Looks like the Rita's Snow Cone Ice Lady (daughter or wife, hard to tell) scored a $5K PPP loan under the same name. This raises important questions about the nature of their business relationships. Has anybody seen Milton'... See more

👍 Like      💬 Comment      ↪ Share

Write a comment...

---

**Milton Waddams**
March 5 · ⚙

Attention DOGE Subcommittee
We have uncovered a serious issue within this DEI grant-funded nonprofit concerning its DEI staffing vendor, who has stolen a worker's paychecks and inflated labor hours. It is unacceptable that the Urban Affairs Coalition UAC EDP executive chose to collaborate with this embezzler to conceal the work being done. Furthermore, it raises significant concerns as to why a tax evader is allowed to act as an independent contractor in charge of how UAC ED... See more

**TYPICAL MONTH - HIERARCHY $12,720 PROFIT TO SUBMIT ONE WORKER'S TWO TIMESHEETS**

👍 Like      💬 Comment      ↪ Share

Write a comment...



**Milton Waddams**
March 3 · 🌐

Imagine that! It's clear why the Urban Affairs Coalition staffing company, The Hierarchy, shows no concern about getting caught embezzling money. What is happening in Philadelphia when the victims who report financial crimes are met with threats and intimidation, while the criminals go unpunished and even rewarded? This situation is unacceptable and demands immediate attention! Where is Milton's paycheck he was promised 18 months ago?
Just one person who speaks up can make hi... See more

AXIOS.COM
**Movita Johnson-Harrell hired by Philadelphia Sheriff's Office**
The city refused to confirm Johnson-Harrell's start date or disclose her salary.

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams**
March 1 · 🌐

AmerisourceBergen writes grants being used to pay the Philadelphia tax-cheat paycheck embezzler, The Hierarchy. UAC's Mrs. Frizzel bragged that AmerisourceBergen requires no financials. Who gives away money with no accountability? It is a bad look when the trusted recipient uses the grant to pay a crook.
Where is Milton's paycheck? It takes just ONE person to stand up and make Milton whole. Cencora
https://the-hierarchy.net/

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams**
March 1 · 🌐

Visit my website to uncover the troubling details surrounding the Philadelphia $1 million PPE Cares Act apparent scam. It is completely unacceptable to falsely claim that you are protecting all branches of the military by refusing to work for free. Furthermore, it is outrageous to fire Milton for refusing to work for free or to collaborate with a tax-cheating embezzler IT staffing vendor on projects like this one and others ripping off the taxpayers. This behavior must be addressed a... See more

1 comment

👍 Like          💬 Comment          ↪ Share

---

**Milton Waddams**
March 1 · 🌐

Please visit my website to learn more about the apparent scam regarding the Philadelphia $1 million PPE Cares Act. It's unacceptable to claim that Milton was fired due to his reluctance to work for free, or to engage with questionable UAC staffing vendor projects like this one. Where is Milton's embezzled paycheck? DOGE Subcommittee Urban Affairs Coalition U.S. Army U.S. Marine Corps U.S. Navy NASA - National Aeronautics and Space Administration
https://the-hierarchy.net/wha... See more

👍 Like          💬 Comment          ↪ Share

Write a comment...

**Milton Waddams** is 😤 feeling fed up.
February 28 · 🌐

Keep the tips coming!
Can you imagine being paid a profit of $7,440 just for submitting one timesheet for a single employee, while the worker receives their paycheck 60 to 90 days after the client pays? Urban Affairs Coalition continued to pay this vendor, The Hierarchy, as their IT staffing agency, even after the UAC C-Suite confirmed that embezzlement had occurred when the workers' paychecks stopped. Unfortunately, the victim was fired even though UAC promised he would n...
See more

### ONE TIMESHEET – $7,440 PROFIT

| Staff | | Acct | | | | | | Billed | |
|-------|--|------|--|--|--|--|--|--------|--|
| Milton Waddams | Service Date | All Records | In | Out | Gap | | Billed | Hrs | Invoiced $ |
| Milton Waddams | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $430 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 4 | $430 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 13:30 | 18:00 | 0:00 | 9:30 | 5.30 | 4 | $430 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 3 | $270 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 17:00 | 18:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 5:15 | 15:00 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |
| Milton Waddams | 08/25/2022 | GPUA EDP | 6:30 | 17:00 | 1:30 | 9:00 | 9.00 | 9 | $810 |
| Milton Waddams | 08/26/2022 | GPUA EDP | 6:00 | 17:00 | 1:30 | 9:30 | 9.50 | 10 | $900 |
| Milton Waddams | 08/26/2022 | GPUA EDP | 20:15 | 21:45 | 0:00 | 1:30 | 1.50 | 2 | $180 |
| Milton Waddams | 08/27/2022 | GPUA EDP | 4:45 | 6:00 | 0:00 | 1:15 | 1.25 | 2 | $180 |
| Milton Waddams | 08/28/2022 | GPUA EDP | 7:00 | 10:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | 08/29/2022 | GPUA EDP | 6:00 | 16:15 | 0:45 | 9:30 | 9.50 | 10 | $900 |
| Milton Waddams | 08/30/2022 | GPUA EDP | 8:30 | 18:30 | 1:30 | 10:30 | 10.30 | 11 | $990 |
| Milton Waddams | 08/31/2022 | GPUA EDP | 20:00 | 21:00 | 0:00 | 2:00 | 2.00 | 2 | $180 |
| Milton Waddams | 08/31/2022 | GPUA EDP | 6:30 | 17:00 | 1:00 | 10:00 | 10.00 | 10 | $900 |

| | | |
|--|--|--|
| Ttl Hrs: | | 127 | Billed Hrs: | | 134 |
| Profit: | | $4,820 | Invoiced: | $12,060 | Profit: | $7,440 |

👍 Like    💬 Comment    ↪ Share

Write a comment...

---

**Milton Waddams** updated his cover photo.
February 28 · 🌐

### ONE TIMESHEET – $7,440 PROFIT

| Staff | | Acct | | | | | | Billed | |
|-------|--|------|--|--|--|--|--|--------|--|
| Milton Waddams | Service Date | All Records | In | Out | Gap | TtlCnk | TtHrs | Hrs | Invoiced $ |
| Milton Waddams | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $430 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 4 | $360 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 13:30 | 18:00 | 0:00 | 4:30 | 4.50 | 4 | $360 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 3 | $270 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:45 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 17:00 | 18:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 5:15 | 15:00 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 3:30 | 3.50 | 3 | $270 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |

↪ Share

---

**Milton Waddams**
February 24 · 🌐

Attention DOGE Subcommittee
It has come to our attention that this executive's grant-funded nonprofit is dealing with a serious issue involving its DEI vendor, who has stolen a worker's paychecks and inflated labor hours. Furthermore, this vendor has reportedly intercepted emails to executives to cover up his crimes. A worker has been unjustly waiting since 2023 for the paychecks promised in exchange for silence, despite the confirmation of the embezzlement. This situation i... See more



EMAIL ME FIVE THINGS YOU DID LAST WEEK

DON'T BE SURPRISED IF MY TAX CHEAT PAYCHECK THIEF EMAIL HOSTING VENDOR NEVER LETS ME SEE IT

Arun Prabhakaran
President , Urban Affairs Coalition

😊 3

👍 Like    💬 Comment    ↪ Share

Write a comment...

---

**Milton Waddams**
February 18 · 🌐

Instead of the Urban Affairs Coalition worrying about what Milton Waddams is posting on his website, they should tend to their own website.  How many years does it take to post 990's and audited financial statements?  How are they spending taxpayer dollars? Where is Milton's paycheck? DOGE Subcommittee President Donald J. Trump IRS
https://the-hierarchy.net/

| 990 FINANCIAL STATEMENTS | AUDITED FINANCIAL STATEMENTS |
|--------------------------|------------------------------|
| 2020 990 Public Statement | 2019 Audited Financial Statement |
| 2019 990 Public Statement | 2018 Audited Financial Statement |
| 2018 990 Public Statement | 2017 Audited Financial Statement |
| 2017 990 Public Statement | 2016 Audited Financial Statement |
| 2016 990 Public Statement | |

👍 Like    💬 Comment    ↪ Share

Write a comment...

**Milton Waddams**
February 14 · 

DOGE Subcommittee
I urge you to investigate how a one-man IT and staffing vendor from Philadelphia—who holds only a high school diploma and has eleven federal tax liens—managed to secure lucrative contracts with UAC and be paid millions originating from grants. In 2023 alone, this vendor was paid $500,000, and since 2013, UAC has disbursed at least $3.8 million to him. UAC's executives knew that this vendor was falsifying timesheets for YEARS and began withholding paychecks ... See more



🖒 Like        💬 Comment        ↪ Share

Write a comment...

---

**Milton Waddams**
February 12 · 

DOGE Subcommittee - Please check into why charges have not been filed and an insurance claim has not been submitted to recoup the grant money embezzled in Philadelphia. This division has overseen $9.2B in federally funded construction projects. It is unfair to taxpayers that their tax money meant to pay workers is missing and the workers are unpaid while the taxpayer thieves are rewarded.  This gives DEI a bad name.
In the meantime, feel free to check out my website featurin... See more



🖒 Like        💬 Comment        ↪ Share

Write a comment...

---

**Milton Waddams** is 😣 feeling irritated in **Philadelphia, PA**.
January 23 · 

Milton is still waiting for his paycheck from the DEI database programming he did in 2023.
Not a good day for #DEI.
Has anybody looked into where my paycheck is?
Urban Affairs Coalition American Greed PBS Philadelphia Children's Hospital of Philadelphia CBS News National Network of Fiscal Sponsors Judge Greg Mathis
https://the-hierarchy.net/timecard-fraud/





🖒 Like        💬 Comment        ↪ Share

Write a comment...

---

**Milton Waddams** is in **Philadelphia, PA**.
January 10 · 

One year, 5 months, and 11 days.  Still waiting for my paycheck promised, "whenever possible."
See my website:
https://the-hierarchy.net/
Thanks to the o.jays for two songs used on my website:
The O'Jays - For The Love of Money
The O'Jays - Back Stabbers... See more



THE-HIERARCHY.NET
**The Hierarchy**
The Hierarchy

🖒 Like        💬 Comment        ↪ Share

Write a comment...

**Milton Waddams** is in Philadelphia, PA.
January 6 · ✿

A typical day when the Urban Affairs Coalition email is down again.
Who is running their IT gong show, Chase Holt?
The IT vendor is a fraud - fake credentials.
Let me know if they have found the missing paychecks.
Do you trust a vendor who steals his worker's pay with your email and data?... See more



Who is running the UAC gongshow? Chase Holt?

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**Milton Waddams** updated his profile picture.
January 6 · ✿



↪ Share

---

**Milton Waddams** is at PBS.
January 5 · New York, NY · ✿

Arun Prabhakaran created a documentary about crime in Philadelphia, but ** seems ** he allowed his IT vendor to embezzle money from his programmers' pay. Unless Latoison gave the UAC deposits back to UAC, UAC immediately fired the crook, or the worker was paid, the conclusion seems obvious.

Arun charges CHOP $400 per hour for his consulting services. Why doesn't he let The Hierarchy, managed by tax cheat Jacques Latoison, PERSONALLY handle his paycheck?

How can a nonpro... See more



**Philly D.A.** ›
PG    2021 ·    1h 50min · TV-PG
Documentary
⭐ 8.1/10  ☆ Rate

A groundbreaking inside look at the long shot election and tumultuous first term of l
Krasner, Philadelphia's unapologetic District Attorney, and his experiment to upend t
justice system from the inside out.

**Arun Prabhakaran's credits:** Self - Chief of Staff

3 eps · 2021

| First Middle | Item Type | Instrument ID | |
|---|---|---|---|
| JACQUES | FEDERAL TAX LIEN | 202301110000932 | |
| JACQUES | FEDERAL TAX LIEN | 201910280080303 | |
| JACQUES | FEDERAL TAX LIEN | 201210020056401 | |
| JACQUES | FEDERAL TAX LIEN | 201208130045053 | |
| JACQUES | FEDERAL TAX LIEN | 201205210027998 | |
| JACQUES | FTL PARTIAL RELEASE/ REVOCATI | 201001060009707 | |
| JACQUES | FTL-RELEASE | 200912090081940 | |
| JACQUES | FEDERAL TAX LIEN | 200707050079705 | |
| JACQUES | FEDERAL TAX LIEN | 200705140041319 | |
| JACQUES | FEDERAL TAX LIEN | 200705100042747 | |
| JACQUES | FEDERAL TAX LIEN | 200503010019510 | |

👍 Like          💬 Comment          ↪ Share

Write a comment...

**Milton Waddams**
January 3 · ⊙

The staffing vendor for UAC, The Hierarchy, was 14 weeks late in issuing my paychecks. Jacques Latoison claims he "had no idea" whether he was compensated for my UAC EDP timesheets. UAC C-suite management provided me with their NetSuite financial records. According to these records, $254,070 was deposited into The Hierarchy's business account, some of which is payroll for me. It's astonishing how someone can make a profit of $7,440 on a single timesheet and still choose to st... See more

Latoison
...0 AM · ⊙
...on ·

...say, though you are absolutely due payment it is not your purview to know the AP of the company.

...eing paid because we got something in but I can't actually say its from EDP.

...I said, you're forgetting that UAC is not (or should we be saying cannot in this instance) telling us what they are doesn't do that remember.

...actually say what invoices they are paying because only MIP did that. Vendors and programs are complaining...nking invoices in our system because I cannot, from an accounting standpoint (per my accountant), definitely...e I also can't credit a program or department with actually having paid anything (and they are aware).

...ot say what NetSuite can and can't do, because we've both worked systems that can email notifications and we...is not that NetSuite can not do it, as much as, its just not happening.

...g to tactfully get Kevin to let us make the problem go away because most of their vendors are complaining (as is

Latoison
HIERARCHY

ONE TIMESHEET = $7,440 PROFIT



🗨 Like          💬 Comment          ↗ Share

Write a comment...

---

**Milton Waddams** is 😞 feeling disappointed in *Philadelphia, PA.*
January 1 · ⊙

Happy New Year from Philadelphia's very own Milton Waddams, who is still waiting for his promised paycheck to be issued "whenever possible" from August 2023. 🎆 How difficult is it for a nonprofit to do the right thing? The UAC gang is cheesin' telling nonprofits how to run their business while their rogue IT staffing guy is robbing the taxpayers blind.
Urban Affairs Coalition American Greed  National Network of Fiscal Sponsors #Philadelphia #nonprofitorganization #officespac... See more

National Network of Fiscal Sponsors
Steering Committee Chair

THE HELP DESK "TEAM" WE PAY FOR DOES NOT EXIST

OUR STAFFING VENDOR IS A TAX CHEAT THAT STEALS WORKER'S PAY

🗨 Like          💬 Comment          ↗ Share

Write a comment...

---

**Milton Waddams** is 😟 feeling worried.
December 28, 2024 · ⊙

Hoping Jacques Latoison KC3VYU pays his membership dues and keeps his hand out of the cookie jar.
Caught in the wild at the Gloucester County Amateur Radio Club · W2MMD Urban Affairs Coalition #officespacemovie South Park #nonprofitorganization #Philadelphia #AmericanGreed Token Black
See our website:
https://the-hierarchy.net/wage-theft/



lives, where The Hierarchy is located, or even where Jacques Latoison works.
A rare sighting of Latoison in the wild popped up.
He is seen studying for a $35 HAM radio license at the Gloucester County Amateur Radio Club.
See: Click Here.
NATO sent him to Africa 😎 as a communications specialist with these licenses.
Listen- Toto Africa 🎵 Click Here
Listen- Weird Al Yankovich Africa: 🎵 Click Here
Is Latoison KC3VYU, WRXB664 WRXA786 current on his membership dues?

Jacques KC3VYU

🗨 Like          💬 Comment          ↗ Share

Write a comment...



**Milton Waddams** is at **Urban Affairs Coalition.**
December 6, 2024 · Philadelphia, PA · 🌐

Is UAC the next Strong City Baltimore? #UrbanAffairsCoalition #officespacemovie #nonprofit #nonprofitorganization #Philadelphia Strong City Baltimore Urban Affairs Coalition
Visit my Website. Click here:
https://the-hierarchy.net/

BALTIMOREBREW.COM
**Inspector General opens investigation into Strong City's handling of grantee money | Baltimore Brew**

👍 3                                                          1 comment

👍 Like          💬 Comment          ↪ Share

---

**Milton Waddams** is 🎵 listening to **Music** at **Urban Affairs Coalition.**
December 6, 2024 · Philadelphia, PA · 🌐

And another timeless apropos UAC song. the o.jays
#OJays Urban Affairs Coalition  American Greed
#UrbanAffairsCoalition #officespacemovie #nonprofit #nonprofitorganization #Philadelphia #miltonwaddams
See our website:
https://the-hierarchy.net/

YOUTUBE.COM
**The O'Jays - For The Love of Money (Official Soul Train Video)**
PhillySound on Soul Train presents: "For The Love of Money" by The O'JaysListen to more from...

👍 3

👍 Like          💬 Comment          ↪ Share

✏️ Write a comment...

---

**Milton Waddams** is 😠 feeling pissed off at **Urban Affairs Coalition.**
December 6, 2024 · Philadelphia, PA · 🌐

https://youtu.be/UCY6fbzgfA4?si=xr3Uh9VToN_R7wsY
🎵🎶 Enjoy the UAC Theme Song 🎵🎶
#OJays #UrbanAffairsCoalition #officespacemovie #nonprofit #nonprofitorganization #Philadelphia #miltonwaddams Urban Affairs Coalition the o.jays American Greed
See our website:
https://the-hierarchy.net/

YOUTUBE.COM
**The O'Jays - Back Stabbers (Official Soul Train Video)**
PhillySound on Soul Train presents: "Back Stabbers" by The O'JaysListen to your favorites by Th...

👍 3

👍 Like          💬 Comment          ↪ Share

✏️ Write a comment...

---

**Milton Waddams** is at **Urban Affairs Coalition.**
December 5, 2024 · Philadelphia, PA · 🌐

I am a real-life Milton Waddams. I am still waiting for my paycheck.
I was promised I would be paid "whenever possible" on 8/7/2023. Urban Affairs Coalition American Greed #Philadelphia #nonprofitorganization #officespacemovie #nonprofit
Visit my Website. Click here:
https://the-hierarchy.net/

👍😮 2

👍 Like          💬 Comment          ↪ Share

✏️ Write a comment...

**Milton Waddams**
August 7, 2023 · 🌐 · 👤



**Left job at Urban Affairs Coalition**
August 7, 2023
Philadelphia, Pennsylvania

👍 Like          💬 Comment          ↗ Share

Write a comment...

**Milton Waddams**
November 4, 2021 · 🌐 · 👤

**Started new job at Urban Affairs Coalition**
November 3, 2021
Philadelphia, Pennsylvania

👍 Like          💬 Comment          ↗ Share

Write a comment...



**ONE TIMESHEET – $7,440 PROFIT**

| Staff | | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|---|---|---|---|---|---|---|---|---|---|---|
| Milton Waddams | | | All Records | | | | | | | |
| Milton Waddams | | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| ...ms | | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |



**Milton Waddams**

@milton.waddams.2024

6 friends

[Add friend]  [Message]  [⌄]

### About

- Overview
- Work and education
- Places lived
- Contact and basic info
- Family and relationships
- Details About Milton Waddams
- Life events

🗄 Worked at Urban Affairs Coalition
November 4, 2021 to August 7, 2023

🎓 No schools to show

📍 No places to show

🤍 No relationship info to show



**ONE TIMESHEET – $7,440 PROFIT**

| Staff | | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|-------|--|--------------|------|-----|-----|-----|---------|--------|------------|------------|
| Milton Waddams | | | All Records | | | | | | | |
| Milton Waddams | | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| ...ms | | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |



## Milton Waddams
@milton.waddams.2024
6 friends

[Add friend] [Message] [⌄]

### About
Overview

**Work and education**

Places lived

Contact and basic info

Family and relationships

Details About Milton Waddams

Life events

### Work
Worked at Urban Affairs Coalition
November 4, 2021 – August 7, 2023

### College
No schools to show

### High school
No schools to show



**ONE TIMESHEET – $7,440 PROFIT**

| Staff | | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|-------|--|--------------|------|-----|-----|-----|---------|--------|------------|------------|
| Milton Waddams | | | All Records | | | | | | | |
| Milton Waddams | | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Milton Waddams | | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |



**Milton Waddams**
@milton.waddams.2024
6 friends

Add friend    Message

**About**

Overview

Work and education

Places lived

Contact and basic info

Family and relationships

Details About Milton Waddams

Life events

**Places lived**

No places to show



**ONE TIMESHEET – $7,440 PROFIT**

| Staff | Service Date | Acct / All Records | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|---|---|---|---|---|---|---|---|---|---|
| Milton Waddams | | | | | | | | | |
| Milton Waddams | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |



**Milton Waddams**

@milton.waddams.2024

6 friends

[Add friend]  [Message]

## About

Overview

Work and education

Places lived

Contact and basic info

Family and relationships

Details About Milton Waddams

Life events

### Contact info

No contact info to show

### Websites and social links

https://uac.news/

### Basic info

No basic info to show



**ONE TIMESHEET – $7,440 PROFIT**

| Staff | | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|---|---|---|---|---|---|---|---|---|---|---|
| Milton Waddams | | | All Records | | | | | | | |
| Milton Waddams | | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| ...ms | | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |



**Milton Waddams**

@milton.waddams.2024

6 friends

Add friend    Message

## About

Overview

Work and education

Places lived

Contact and basic info

Family and relationships

Details About Milton Waddams

Life events

### Relationship

No relationship info to show

### Family members

No family members to show



**ONE TIMESHEET – $7,440 PROFIT**

| Staff | | Service Date | Acct | | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Milton Waddams | | Service Date | All Records | | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
| Milton Waddams | | 08/20/2022 | GPUA EDP | | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | | 08/22/2022 | GPUA EDP | | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | | 08/24/2022 | GPUA EDP | | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Milton Waddams | | 08/24/2022 | GPUA EDP | | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |



## Milton Waddams

@milton.waddams.2024

6 friends

**Add friend**    **Message**

### About

Overview

Work and education

Places lived

Contact and basic info

Family and relationships

Details About Milton Waddams

Life events

### About Milton Waddams

No additional details to show

### Name pronunciation

No name pronunciation to show

### Other names

No other names to show

### Favorite quotes

No favorite quotes to show



ONE TIMESHEET – $7,440 PROFIT

| Staff | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|---|---|---|---|---|---|---|---|---|---|
| Milton Waddams | | All Records | | | | | | | |
| Milton Waddams | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |



## Milton Waddams
@milton.waddams.2024
6 friends

[ Add friend ]  [ Message ]  [ ⌄ ]

### About

Overview

Work and education

Places lived

Contact and basic info

Family and relationships

Details About Milton Waddams

Life events

### Life events

2023

🧳 Left job at Urban Affairs Coalition

2021

🧳 Started new job at Urban Affairs Coalition



**ONE TIMESHEET – $7,440 PROFIT**

| Staff | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|---|---|---|---|---|---|---|---|---|---|
| Milton Waddams | All Records | | | | | | | | |
| Milton Waddams | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |

## Milton Waddams
@milton.waddams.2024
6 friends

[👤 Add friend]  [💬 Message]  [⌄]



---

### Friends

🔍 Search

**All friends**   Recently Added   Following



**Patricia Christian**
A coach for nonprofits and also serves as the Executive director at Caleb Missionary Relief Services
[Add friend]

**John Mosley Jr.**
Missionary representative at The Navigators

**Darryl Gore**
Vice President of Development at The Dennis Farm Charitable Land Trust
[Add friend]

**Jen Hardy-Williams**
Works at Commonwealth of Pennsylvania - Retired

**Desmond DaCosta**
Philadelphia, Pennsylvania
[Add friend]

**Michelle Simmons**
[Add friend]



ONE TIMESHEET – $7,440 PROFIT

| Staff | | Service Date | Acct | | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Milton Waddams | | | All Records | | | | | | | | |
| Milton Waddams | | 08/20/2022 | GPUA EDP | | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | | 08/22/2022 | GPUA EDP | | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | | 08/24/2022 | GPUA EDP | | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Milton Waddams | | 08/24/2022 | GPUA EDP | | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |

## Milton Waddams

@milton.waddams.2024

6 friends

Add friend   Message

## Photos

Milton Waddams's Photos    Albums























































**ONE TIMESHEET – $7,440 PROFIT**

| Staff | | Acct | | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|-------|--|------|--|----|-----|-----|---------|--------|-----------|-----------|
| Milton Waddams | | All Records | | | | | | | | |
| Milton Waddams | | GPUA EDP | | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | | GPUA EDP | | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | | GPUA EDP | | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | | GPUA EDP | | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | | GPUA EDP | | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | | GPUA EDP | | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | | GPUA EDP | | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| ...ms | | GPUA EDP | | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |

**Milton Waddams**

@milton.waddams.2024

6 friends

Add friend   Message

## Photos

Milton Waddams's Photos     Albums



Cover photos
3 Items

Profile pictures
1 Item



| Staff | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|-------|-------------|------|-----|-----|-----|---------|--------|------------|-----------|
| Milton Waddams | | All Records | | | | | | | |
| Milton Waddams | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |

## Milton Waddams

@milton.waddams.2024

6 friends

 Add friend   Message  

### Cover photos

3 Items · 1 Contributor · ⚙

  

## ONE TIMESHEET – $7,440 PROFIT

| Staff | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|---|---|---|---|---|---|---|---|---|---|
| Milton Waddams | | All Records | | | | | | | |
| Milton Waddams | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| ...ms | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |



## Milton Waddams
@milton.waddams.2024
6 friends

Add friend    Message

### Profile pictures

1 Item · 1 Contributor · ⚙



**ONE TIMESHEET – $7,440 PROFIT**

| Staff | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|---|---|---|---|---|---|---|---|---|---|
| Milton Waddams | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| ...ms | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |

## Milton Waddams
@milton.waddams.2024
6 friends

[👤 Add friend]  [💬 Message]  [⌄]

## Videos

Milton Waddams's Videos



3:23    4:31

## Check-ins

Recent

No Recent to show

## Music

Artists

WURD Radio

## TV shows

TV Shows

American Greed

## Likes

All Likes    TV Shows    Artists



LucasPye BIO



Hierarchy Advertising



Tenant Union Representative Network



National Network of Fiscal Sponsors



American Greed



Law Office of Faye Riva Cohen, PC



Opti-Grab



Public Health Management Corporation

See all





**ONE TIMESHEET – $7,440 PROFIT**

| Staff | | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|---|---|---|---|---|---|---|---|---|---|---|
| Milton Waddams | | | All Records | | | | | | | |
| Milton Waddams | | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Waddams | | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |



## Milton Waddams
@milton.waddams.2024
6 friends

Add friend    Message

Posts    About    Friends    Photos    Videos    **Check-ins**    More ▾    ...

---

### Check-ins

**Recent**

No Recent to show

---

### Music

**Artists**

  WURD Radio

---

### TV shows

**TV Shows**

  American Greed

---

### Likes

**All Likes**    TV Shows    Artists


LucasPye BIO


Hierarchy Advertising


Tenant Union Representative Network


National Network of Fiscal Sponsors


American Greed


Law Office of Faye Riva Cohen, PC


Opti-Grab


Public Health Management Corporation

See all





## ONE TIMESHEET – $7,440 PROFIT

| Staff | Service Date | Acct | In | Out | Gap | TtlClck | TtlHrs | Billed Hrs | Invoiced $ |
|-------|-------------|------|-----|-----|-----|---------|--------|-----------|-----------|
| Milton Waddams | | All Records | | | | | | | |
| Milton Waddams | 08/20/2022 | GPUA EDP | 4:45 | 11:00 | 0:00 | 6:15 | 6.25 | 7 | $630 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 9:00 | 13:30 | 0:00 | 4:30 | 4.50 | 5 | $450 |
| Milton Waddams | 08/21/2022 | GPUA EDP | 17:00 | 20:30 | 0:00 | 3:30 | 3.50 | 4 | $360 |
| Milton Waddams | 08/22/2022 | GPUA EDP | 6:00 | 21:30 | 4:30 | 11:00 | 11.00 | 11 | $990 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 17:00 | 19:30 | 0:00 | 2:30 | 2.50 | 3 | $270 |
| Milton Waddams | 08/23/2022 | GPUA EDP | 5:15 | 15:30 | 0:30 | 9:45 | 9.75 | 10 | $900 |
| Milton Waddams | 08/24/2022 | GPUA EDP | 17:00 | 20:00 | 0:00 | 3:00 | 3.00 | 3 | $270 |
| Waddams | 08/24/2022 | GPUA EDP | 6:30 | 17:00 | 0:30 | 10:00 | 10.00 | 10 | $900 |



## Milton Waddams
@milton.waddams.2024
6 friends

[ Add friend ]  [ Message ]  [ ⌄ ]

Posts  About  Friends  Photos  Videos  Check-ins  More ▾                    ···

### Likes

**All Likes**  TV Shows  Artists

LucasPye BIO

Hierarchy Advertising

Tenant Union Representative Network

National Network of Fiscal Sponsors

American Greed

Law Office of Faye Riva Cohen, PC

Opti-Grab

Public Health Management Corporation

TSNE