# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URBAN AFFAIRS COALITION, et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 2:25-cv-02261 |
| | : |
| KAREN NICHOLSON, | : |
| | : |
| Defendant. | : |

**DECLARATION OF KAREN NICHOLSON IN SUPPORT OF MOTION TO DISMISS**

I, Karen Nicholson, being over the age of eighteen, hereby declare and state as follows:

1.      I make this Declaration in support of Defendant's Motion to Dismiss.  I have personal knowledge of the facts set forth herein, and if called to testify thereto, I could and would competently do so under oath.

2.      I am the defendant in the above-captioned matter.

3.      I am a resident of the State of Ohio, residing 2729 Burton Street SE, Warren, Ohio, 44484.

4.      I have been a resident of the State of Ohio since October 2019.

5.      I previously resided in Pennsylvania, but since October 2019, I have not had any contacts with the Commonwealth of Pennsylvania.

6.      I have not visited the Commonwealth of Pennsylvania since 2019.

7.      I do not currently own, rent, or maintain property in the Commonwealth of Pennsylvania and have not since 2019.

8.      I do not have a mailing address in Pennsylvania and have not since 2019.

9.      I do not currently maintain a telephone number in Pennsylvania and have not since 2019.

10.     I do not currently maintain a bank account in Pennsylvania and have not since 2019.

11.     I am not registered or licensed to do business in Pennsylvania.

12.     I have not conducted business operations in Pennsylvania since 2019.

13.     I have not paid taxes to the Commonwealth of Pennsylvania since 2018.

14.     I do not have a registered agent for service in Pennsylvania.

15.     I do not regularly solicit business in Pennsylvania.

16.     In or around November 2021, I was retained by The Hierarchy to assist with a data migration project for Urban Affairs Coalition.

17.     The work I performed for The Hierarchy was done under MarkXX Consulting LLC.

18.     MarkXX Consulting LLC is an Ohio limited liability company.

19.     None of the work I performed for The Hierarchy took place in Pennsylvania.

20.     I did not travel to Pennsylvania at any time in connection with the work I did for The Hierarchy.

21.     All of the work I did for The Hierarchy was done at my home in Warren, Ohio.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August, 2025 at Warren, Ohio.

_____
KAREN NICHOLSON